# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.,* and
CELSO ARELLANO, *et al.,*

        Defendants.

69cv07896 BB-ACE
RIO TAOS ADJUDICATION

69cv07939 BB-ACE
RIO HONDO ADJUDICATION

(CONSOLIDATED)

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the State's Response to Rio Hondo Acequias' Motion for Expedited Adjudication of Rio Hondo Priorities (Doc. No. 4889, filed January 19, 2007). The State requests 45 additional days to allow the parties to continue their efforts to reach an agreement on a procedure to recommend to the Court to adopt the water rights priorities that are the subject of the Rio Hondo Acequias' Motion for Expedited Adjudication of Rio Hondo Priorities (Doc. No. 4872, filed December 1, 2006). Movants Rio Hondo Acequias join in the State's request for additional time. (*See* Doc. Nos. 4902 and 4903, both filed February 8, 2007). The parties shall have 45 days from entry of this Order to submit a motion proposing their agreed procedures to the Court. Any parties objecting to the joint proposed procedural motion shall have 14 days after service of the motion to file a response.

        **IT IS SO ORDERED.**

                                    **BRUCE D. BLACK**
                                    **UNITED STATES DISTRICT JUDGE**