IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

      Plaintiffs,

v.

EDUARDO ABEYTA, *et al.,* and
CELSO ARELLANO, *et al.,*

      Defendants.

69cv07896 BB-ACE
<u>RIO TAOS ADJUDICATION</u>

69cv07939 BB-ACE
<u>RIO HONDO ADJUDICATION</u>

(CONSOLIDATED)

## **<u>MEMORANDUM OPINION AND ORDER</u>**

**THIS MATTER** comes before the Court *sua sponte*. On February 19, 2004, the Court entered a Memorandum Opinion and Order (Doc. No. 4419) adopting the undisputed findings and recommendations for priority dates for several acequias that did not object to the Special Master's Report (Doc. No. 2143 at 19, filed July 23, 1993). The February 19, 2004, Memorandum Opinion and Order did not adopt the recommended priority date for the Acequia del Llano. A review of the Court's records shows that the Acequia del Llano did not file objections to the priority date findings and recommendations in the Special Master's Report (Doc. No. 2143 at 19, filed July 23, 1993). The Court now adopts the Special Master's undisputed finding and recommendation of August 7, 1815 as the priority date for the Acequia del Llano.

      **IT IS SO ORDERED.**

      **BRUCE D. BLACK**
      **UNITED STATES DISTRICT JUDGE**