IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,
Plaintiff,

-v-

EDUARDO ABEYTA, *et al.* &
CELSO ARELLANO, *et al.*,
          Defendants.

69cv07896-BB
RIO TAOS ADJUDICATION

69cv07939-BB
RIO HONDO ADJUDICATION
Consolidated

Rio Pueblo de Taos Section

ORDER ADOPTING LOCATION DESCRIPTION INFORMATION
FOR IRRIGATED ACREAGE

THIS MATTER is before the Court *sua sponte*. In reviewing the Court record, court staff determined that location descriptions for irrigated acreage contained in individual subfile orders in the Rio Pueblo de Taos Section of the Rio Pueblo de Taos Hydrographic Survey should be corrected or supplemented.  Staff found that most of the original subfile orders omitted grant information completely, some contained erroneous grant descriptions, others contained erroneous projected section calls, and still others omitted section, township, range information completely.

The information set forth in this order is employed only for the purpose of locating irrigated acreage as shown on the hydrographic survey maps,[1] and has been verified by the Hydrographic Survey Mapping Bureau of the Office of the State Engineer.  The attached Exhibits A and B correct and supplement location descriptions for irrigated acreage in the Rio Pueblo de Taos Section.  The information in the attached Exhibits supercede all location descriptions previously stated in individual subfile orders.

IT IS THEREFORE ORDERED that location descriptions for irrigated acreage listed in the attached Exhibits A and B are adopted and applied to individual subfile orders.

---

[1] See Memorandum and Order entered May 4, 2007 (No. 4931).

IT IS FURTHER ORDERED that the information in the attached Exhibit is employed only for the purpose of locating irrigated acreage with respect to the grant boundaries shown on the hydrographic survey maps.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


SPECIAL MASTER VICKIE GABIN

**Exhibit A**
**Location Descriptions for Selected Irrigation Claims Within Sectional Land**
**Rio Pueblo de Taos Hydrographic Survey**

| Subfile | | Sub-Section | Section | Township | Range |
|---|---|---|---|---|---|
| 20.1 | | NE¼ | 28 | 25N | 13E |
| 20.2 | within | SE¼ | 21 | 25N | 13E |
| | and within | NE¼ | 28 | 25N | 13E |
| 20.99 | | SE¼ | 21 | 25N | 13E |
| 23.1 | within | SE¼ SE¼ | 23 | 25N | 13E |
| | and within | SW¼ SW¼ | 24 | 25N | 13E |
| 23A.1 | | SE¼ NW¼ | 30 | 25N | 14E |
| 24.1A | | SW¼ NE¼ | 25 | 25N | 14E |
| 24.1B | | SE¼ NW¼ | 25 | 25N | 14E |
| 24.1C | | SE¼ NW¼ | 25 | 25N | 14E |
| 24.1D | | SE¼ NW¼ | 25 | 25N | 14E |
| 24.1E | | NW¼ NW¼ | 25 | 25N | 14E |
| 25.1A | | NE¼ SE¼ | 08 | 24N | 15E |
| 25.1B | within | NE¼ NE¼ | 08 | 24N | 15E |
| | and within | SE¼ NE¼ | 08 | 24N | 15E |
| 25.1C | within | SE¼ SE¼ | 05 | 24N | 15E |
| | and within | NE¼ NE¼ | 08 | 24N | 15E |
| 25.1D | within | SE¼ SE¼ | 05 | 24N | 15E |
| | and within | NE¼ NE¼ | 08 | 24N | 15E |
| 26.1 | | SE¼ SW¼ | 32 | 25N | 15E |
| 26.2A | within | SW¼ SE¼ | 32 | 25N | 15E |
| | and within | SE¼ SW¼ | 32 | 25N | 15E |
| 26.2B | within | SE¼ SW¼ | 32 | 25N | 15E |
| | and within | SW¼ SE¼ | 32 | 25N | 15E |
| 26.2C | | SW¼ SE¼ | 32 | 25N | 15E |
| 26.3A | within | SW¼ NE¼ | 05 | 24N | 15E |
| | and within | SE¼ NW¼ | 05 | 24N | 15E |
| 26.3B | | SW¼ NE¼ | 05 | 24N | 15E |

| Subfile | | Sub-Section | Section | Township | Range |
|---|---|---|---|---|---|
| 26.3C | within | SW¼ NE¼ | 05 | 24N | 15E |
| | and within | NW¼ NE¼ | 05 | 24N | 15E |
| 26.3D | within | SW¼ NE¼ | 05 | 24N | 15E |
| | and within | NW¼ NE¼ | 05 | 24N | 15E |
| 26.4A | within | NW¼ SW¼ | 04 | 24N | 15E |
| | and within | SW¼ NW¼ | 04 | 24N | 15E |
| | and within | SE¼ NE¼ | 05 | 24N | 15E |
| 26.4B | within | NE¼ NE¼ | 05 | 24N | 15E |
| | and within | SE¼ NE¼ | 05 | 24N | 15E |
| 26.4C | within | SE¼ NE¼ | 05 | 24N | 15E |
| | and within | NE¼ SE¼ | 05 | 24N | 15E |
| 26.4D | | NE¼ NE¼ | 05 | 24N | 15E |
| 26.4E | within | SE¼ NE¼ | 05 | 24N | 15E |
| | and within | NE¼ SE¼ | 05 | 24N | 15E |
| 26.5 | | NW¼ NE¼ | 05 | 24N | 15E |
| 27.10 | | SW¼ NE¼ | 32 | 25N | 15E |
| 27.1A | within | NW¼ SE¼ | 29 | 25N | 15E |
| | and within | SE¼ NW¼ | 29 | 25N | 15E |
| | and within | SW¼ NE¼ | 29 | 25N | 15E |
| | and within | NE¼ SW¼ | 29 | 25N | 15E |
| 27.1B | within | NE¼ SW¼ | 29 | 25N | 15E |
| | and within | NW¼ SE¼ | 29 | 25N | 15E |
| 27.1C | within | SE¼ NW¼ | 29 | 25N | 15E |
| | and within | NE¼ SW¼ | 29 | 25N | 15E |
| 27.2 | within | SE¼ SW¼ | 29 | 25N | 15E |
| | and within | SW¼ SE¼ | 29 | 25N | 15E |
| 27.3 | within | SW¼ SE¼ | 29 | 25N | 15E |
| | and within | SE¼ SW¼ | 29 | 25N | 15E |
| 27.4 | | SW¼ SE¼ | 29 | 25N | 15E |
| 27.5 | | SW¼ SE¼ | 29 | 25N | 15E |
| 27.6 | | SW¼ SE¼ | 29 | 25N | 15E |
| 27.7 | | SW¼ SE¼ | 29 | 25N | 15E |
| 27.8A | | NW¼ NE¼ | 32 | 25N | 15E |
| 27.8B | | NW¼ NE¼ | 32 | 25N | 15E |

| **Subfile** | | **Sub-Section** | **Section** | **Township** | **Range** |
|---|---|---|---|---|---|
| 27.9A | | SW¼ NE¼ | 32 | 25N | 15E |
| 27.9B | | SW¼ NE¼ | 32 | 25N | 15E |
| 28.1 | within | SW¼ NE¼ | 19 | 25N | 15E |
| | and within | SE¼ NE¼ | 19 | 25N | 15E |
| | and within | NE¼ SE¼ | 19 | 25N | 15E |
| 28.2 | | SW¼ SW¼ | 20 | 25N | 15E |
| 28.3A | | SE¼ SW¼ | 20 | 25N | 15E |
| 28.3B | | SE¼ SW¼ | 20 | 25N | 15E |
| 28.4 | | SE¼ SW¼ | 20 | 25N | 15E |
| 28.5A | | NW¼ NE¼ | 29 | 25N | 15E |
| 28.5B | | SE¼ SW¼ | 20 | 25N | 15E |
| 29.1A | | SW¼ NE¼ | 34 | 25N | 15E |
| 29.1B | within | SE¼ NW¼ | 34 | 25N | 15E |
| | and within | SW¼ NE¼ | 34 | 25N | 15E |

**Exhibit B**
**Location Descriptions for Irrigation Claims**
**Rio Pueblo de Taos Hydrographic Survey**

| Grant Code | Grant Name |
|---|---|
| AA | Antonio Martinez or Godoi and Antoine LeRoux Grants |
| AG | Antonio Martinez or Godoi Grant |
| CS | Cristoval de la Serna Grant |
| FC | Fernando de Taos and Cristoval de la Serna Grants |
| FT | Fernando de Taos Grant |
| GG | Gijosa Grant |
| TP | Taos Pueblo Grant |

| Subfile | Grant Code | Subfile | Grant Code | Subfile | Grant Code |
|---|---|---|---|---|---|
| 1.1 | AA | 1.29 | AA | 1.44A | AA |
| 1.10 | AA | 1.2A | AA | 1.45 | AA |
| 1.11 | AA | 1.3 | AA | 1.46 | AA |
| 1.12 | AA | 1.30 | AA | 1.47 | AA |
| 1.13 | AA | 1.31 | AA | 1.48 | AA |
| 1.14 | AA | 1.32 | AA | 1.49 | AA |
| 1.14A | AA | 1.33 | AA | 1.49A | AA |
| 1.15 | AA | 1.34 | AA | 1.4A | AA |
| 1.15A | AA | 1.35 | AA | 1.4B | AA |
| 1.15B | AA | 1.36 | AA | 1.4C | AA |
| 1.15C | AA | 1.37 | AA | 1.5 | AA |
| 1.16 | AA | 1.38 | AA | 1.50 | AA |
| 1.17 | AA | 1.38A | AA | 1.51 | AA |
| 1.17A | AA | 1.38B | AA | 1.52 | AA |
| 1.18 | AA | 1.38C | AA | 1.53 | AA |
| 1.19 | AA | 1.38D | AA | 1.54 | AA |
| 1.1A | AA | 1.39 | AA | 1.55 | AA |
| 1.2 | AA | 1.39A | AA | 1.56 | AA |
| 1.20 | AA | 1.39B | AA | 1.57 | AA |
| 1.21 | AA | 1.4 | AA | 1.57A | AA |
| 1.22 | AA | 1.40 | AA | 1.58 | AA |
| 1.23 | AA | 1.41 | AA | 1.59 | AA |
| 1.24 | AA | 1.41A | AA | 1.6 | AA |
| 1.25 | AA | 1.41B | AA | 1.60 | AA |
| 1.26 | AA | 1.42 | AA | 1.60A | AA |
| 1.27 | AA | 1.43 | AA | 1.60B | AA |
| 1.28 | AA | 1.44 | AA | 1.61 | AA |

| | | | | | |
|---|---|---|---|---|---|
| 1.61A | AA | 1.90A | AA | 11.24C | TP |
| 1.62 | AA | 1.91 | AA | 11.25 | TP |
| 1.63 | AA | 1.92 | AA | 11.26 | TP |
| 1.64 | AA | 1.93 | AA | 11.27 | TP |
| 1.65 | AA | 1.93A | AA | 11.27A | TP |
| 1.66 | AA | 1.94 | AA | 11.28 | TP |
| 1.67 | AA | 1.95 | AA | 11.29 | TP |
| 1.68 | AA | 10.1 | AG | 11.29A | TP |
| 1.69 | AA | 10.1A | AG | 11.3 | TP |
| 1.6A | AA | 10.2 | AG | 11.30 | TP |
| 1.6B | AA | 10.2A | AG | 11.30A | TP |
| 1.7 | AA | 10.2B | AG | 11.30B | TP |
| 1.70 | AA | 10.3 | AG | 11.4 | TP |
| 1.71 | AA | 10.3A | AG | 11.5 | TP |
| 1.72 | AA | 10.4 | AG | 11.6 | TP |
| 1.73 | AA | 10.5 | AG | 11.6 | AG |
| 1.74 | AA | 10.6 | AG | 11.7 | AG |
| 1.75 | AA | 10.7 | AG | 11.7 | TP |
| 1.76 | AA | 10.8 | AG | 11.9 | TP |
| 1.77 | AA | 11.1 | AG | 12.1 | TP |
| 1.78 | AA | 11.10 | TP | 12.10 | TP |
| 1.79 | AA | 11.11 | TP | 12.10A | TP |
| 1.79A | AA | 11.12 | TP | 12.11 | TP |
| 1.79B | AA | 11.13 | TP | 12.12 | TP |
| 1.79C | AA | 11.14 | TP | 12.13 | TP |
| 1.79D | AA | 11.15 | TP | 12.14 | TP |
| 1.79E | AA | 11.16 | TP | 12.15 | TP |
| 1.8 | AA | 11.17 | TP | 12.15A | TP |
| 1.80 | AA | 11.18 | TP | 12.15B | TP |
| 1.81 | AA | 11.18A | TP | 12.16 | TP |
| 1.81A | AA | 11.19 | TP | 12.17 | TP |
| 1.82 | AA | 11.1A | TP | 12.18 | TP |
| 1.83 | AA | 11.2 | TP | 12.19 | TP |
| 1.84 | AA | 11.20 | TP | 12.1A | TP |
| 1.85 | AA | 11.21 | TP | 12.1B | TP |
| 1.86 | AA | 11.22 | TP | 12.1C | TP |
| 1.86A | AA | 11.23 | TP | 12.1D | TP |
| 1.87 | AA | 11.23A | TP | 12.1E | TP |
| 1.88 | AA | 11.23B | TP | 12.2 | TP |
| 1.89 | AA | 11.23C | TP | 12.20 | TP |
| 1.89A | AA | 11.24 | TP | 12.21 | TP |
| 1.9 | AA | 11.24A | TP | 12.21A | TP |
| 1.90 | AA | 11.24B | TP | 12.21B | TP |

| | | | | | |
|---|---|---|---|---|---|
| 12.21C | TP | 12.44 | TP | 13.18A | TP |
| 12.21D | TP | 12.46A | TP | 13.18B | TP |
| 12.22 | TP | 12.46B | TP | 13.19 | TP |
| 12.23 | TP | 12.47 | TP | 13.19A | TP |
| 12.24 | TP | 12.48 | TP | 13.19B | TP |
| 12.25 | TP | 12.49 | TP | 13.2 | TP |
| 12.26 | TP | 12.5 | TP | 13.21 | TP |
| 12.28 | TP | 12.50 | TP | 13.21A | TP |
| 12.28A | TP | 12.51 | TP | 13.21B | TP |
| 12.28B | TP | 12.52 | TP | 13.21C | TP |
| 12.28C | TP | 12.53 | TP | 13.21D | TP |
| 12.28D | TP | 12.53A | TP | 13.21E | TP |
| 12.29 | TP | 12.54 | TP | 13.21F | TP |
| 12.29A | TP | 12.55 | TP | 13.21G | TP |
| 12.2A | TP | 12.56 | TP | 13.21H | TP |
| 12.2B | TP | 12.57 | TP | 13.21I | TP |
| 12.2C | TP | 12.58 | TP | 13.21J | TP |
| 12.2D | TP | 12.59 | TP | 13.22 | TP |
| 12.2E | TP | 12.5A | TP | 13.23 | TP |
| 12.2F | TP | 12.5B | TP | 13.25 | TP |
| 12.2G | TP | 12.5C | TP | 13.27 | TP |
| 12.2H | TP | 12.5D | TP | 13.28 | TP |
| 12.2I | TP | 12.5E | TP | 13.29 | TP |
| 12.3 | TP | 12.5F | TP | 13.3 | TP |
| 12.30 | TP | 12.5G | TP | 13.30 | TP |
| 12.31 | TP | 12.5H | TP | 13.31 | TP |
| 12.31A | TP | 12.6 | TP | 13.32 | TP |
| 12.33 | TP | 12.6A | TP | 13.33 | TP |
| 12.34 | TP | 12.7 | TP | 13.34 | TP |
| 12.34A | TP | 12.8 | TP | 13.35 | TP |
| 12.35 | TP | 12.9 | TP | 13.36 | TP |
| 12.35A | TP | 13.1 | TP | 13.37 | TP |
| 12.36 | TP | 13.10 | TP | 13.38 | TP |
| 12.36A | TP | 13.11 | TP | 13.38A | TP |
| 12.37 | TP | 13.12 | TP | 13.39 | TP |
| 12.38A | TP | 13.12A | TP | 13.3A | TP |
| 12.39 | TP | 13.13 | TP | 13.3B | TP |
| 12.39A | TP | 13.14 | TP | 13.3C | TP |
| 12.4 | TP | 13.14A | TP | 13.4 | TP |
| 12.40 | TP | 13.15 | TP | 13.40 | TP |
| 12.41 | TP | 13.16 | TP | 13.41 | TP |
| 12.42 | TP | 13.17 | TP | 13.41A | TP |
| 12.43 | TP | 13.18 | TP | 13.41B | TP |

| | | | | | |
|---|---|---|---|---|---|
| 13.41C | TP | 14.117 | TP | 14.154 | TP |
| 13.41D | TP | 14.118 | TP | 14.154A | TP |
| 13.41E | TP | 14.119 | TP | 14.155 | TP |
| 13.42 | TP | 14.12 | TP | 14.156 | TP |
| 13.43 | TP | 14.120 | TP | 14.157 | TP |
| 13.43A | TP | 14.121 | TP | 14.158 | TP |
| 13.44 | TP | 14.122 | TP | 14.159 | TP |
| 13.45 | TP | 14.123 | TP | 14.159A | TP |
| 13.45A | TP | 14.124 | TP | 14.16 | TP |
| 13.46 | TP | 14.125 | TP | 14.160 | TP |
| 13.46A | TP | 14.126 | TP | 14.160A | TP |
| 13.47 | TP | 14.127 | TP | 14.161 | TP |
| 13.48 | TP | 14.128 | TP | 14.162 | TP |
| 13.5 | TP | 14.129 | TP | 14.163 | TP |
| 13.6 | TP | 14.13 | TP | 14.164 | TP |
| 13.7 | TP | 14.130 | TP | 14.165 | TP |
| 13.8 | TP | 14.131 | TP | 14.166 | TP |
| 13.9 | TP | 14.132 | TP | 14.167 | TP |
| 14.1 | TP | 14.133 | TP | 14.168 | TP |
| 14.10 | TP | 14.134 | TP | 14.169 | TP |
| 14.100 | TP | 14.135 | TP | 14.169A | TP |
| 14.101 | TP | 14.136 | TP | 14.169B | TP |
| 14.101A | TP | 14.137 | TP | 14.17 | TP |
| 14.102 | TP | 14.138 | TP | 14.170 | TP |
| 14.102A | TP | 14.139 | TP | 14.171 | TP |
| 14.103 | TP | 14.14 | TP | 14.172 | TP |
| 14.103A | TP | 14.140 | TP | 14.173 | TP |
| 14.104 | TP | 14.141 | TP | 14.174 | TP |
| 14.105 | TP | 14.142 | TP | 14.175 | TP |
| 14.105A | TP | 14.143 | TP | 14.176 | TP |
| 14.106 | TP | 14.144 | TP | 14.177 | TP |
| 14.106A | TP | 14.145 | TP | 14.178 | TP |
| 14.107 | TP | 14.146 | TP | 14.179 | TP |
| 14.108 | TP | 14.147 | TP | 14.17A | TP |
| 14.109 | TP | 14.148 | TP | 14.17B | TP |
| 14.11 | TP | 14.148A | TP | 14.17C | TP |
| 14.110 | TP | 14.149 | TP | 14.17D | TP |
| 14.111 | TP | 14.15 | TP | 14.17E | TP |
| 14.112 | TP | 14.150 | TP | 14.17F | TP |
| 14.113 | TP | 14.151 | TP | 14.17G | TP |
| 14.114 | TP | 14.151A | TP | 14.17H | TP |
| 14.115 | TP | 14.152 | TP | 14.18 | TP |
| 14.116 | TP | 14.153 | TP | 14.180 | TP |

| | | | | | |
|---|---|---|---|---|---|
| 14.181 | TP | 14.35 | TP | 14.71 | TP |
| 14.181A | TP | 14.36 | TP | 14.71A | TP |
| 14.182 | TP | 14.37 | TP | 14.71B | TP |
| 14.183 | TP | 14.38 | TP | 14.71C | TP |
| 14.184 | TP | 14.39 | TP | 14.72 | TP |
| 14.185 | TP | 14.4 | TP | 14.73 | TP |
| 14.186 | TP | 14.40 | TP | 14.74 | TP |
| 14.187 | TP | 14.41 | TP | 14.75 | TP |
| 14.19 | TP | 14.42 | TP | 14.76 | TP |
| 14.1A | TP | 14.43 | TP | 14.77 | TP |
| 14.1B | TP | 14.44 | TP | 14.78 | TP |
| 14.1C | TP | 14.44A | TP | 14.79 | TP |
| 14.1D | TP | 14.45 | TP | 14.79A | TP |
| 14.1E | TP | 14.46 | TP | 14.7A | TP |
| 14.1F | TP | 14.47 | TP | 14.7B | TP |
| 14.1G | TP | 14.48 | TP | 14.7C | TP |
| 14.1H | TP | 14.49 | TP | 14.8 | TP |
| 14.1I | TP | 14.49A | TP | 14.80 | TP |
| 14.2 | TP | 14.5 | TP | 14.80A | TP |
| 14.20 | TP | 14.50 | TP | 14.80B | TP |
| 14.21 | TP | 14.51 | TP | 14.80C | TP |
| 14.22 | TP | 14.52 | TP | 14.81 | TP |
| 14.23 | TP | 14.53 | TP | 14.82 | TP |
| 14.24 | TP | 14.54 | TP | 14.83 | TP |
| 14.25 | TP | 14.55 | TP | 14.84 | TP |
| 14.26 | TP | 14.56 | TP | 14.85 | TP |
| 14.27 | TP | 14.57 | TP | 14.86 | TP |
| 14.27A | TP | 14.58 | TP | 14.87 | TP |
| 14.28 | TP | 14.58A | TP | 14.87A | TP |
| 14.28A | TP | 14.59 | TP | 14.88 | TP |
| 14.29 | TP | 14.6 | TP | 14.89 | TP |
| 14.2A | TP | 14.60 | TP | 14.8A | TP |
| 14.3 | TP | 14.61 | TP | 14.8B | TP |
| 14.30 | TP | 14.62 | TP | 14.8C | TP |
| 14.31 | TP | 14.64 | TP | 14.8D | TP |
| 14.32 | TP | 14.65 | TP | 14.8E | TP |
| 14.32A | TP | 14.66 | TP | 14.9 | TP |
| 14.32B | TP | 14.67 | TP | 14.90 | TP |
| 14.32C | TP | 14.68 | TP | 14.91 | TP |
| 14.32D | TP | 14.69 | TP | 14.92 | TP |
| 14.32E | TP | 14.6A | TP | 14.92A | TP |
| 14.33 | TP | 14.7 | TP | 14.92B | TP |
| 14.34 | TP | 14.70 | TP | 14.92C | TP |

| | | | | | |
|---|---|---|---|---|---|
| 14.93 | TP | 15.26 | TP | 15.50 | TP |
| 14.94 | TP | 15.27 | TP | 15.51 | GG |
| 14.95 | TP | 15.28 | TP | 15.51 | TP |
| 14.96 | TP | 15.29 | TP | 15.52 | GG |
| 14.96A | TP | 15.3 | AG | 15.52 | TP |
| 14.96B | TP | 15.30 | TP | 15.53 | TP |
| 14.96C | TP | 15.31 | TP | 15.53 | GG |
| 14.96D | TP | 15.31A | TP | 15.54 | TP |
| 14.97 | TP | 15.32 | TP | 15.54 | GG |
| 14.98 | TP | 15.32A | TP | 15.55 | GG |
| 14.99 | TP | 15.32B | TP | 15.56 | GG |
| 15.1 | AG | 15.32C | TP | 15.57 | GG |
| 15.10 | AG | 15.32D | TP | 15.57A | GG |
| 15.11 | TP | 15.32E | TP | 15.57B | GG |
| 15.12 | TP | 15.33 | TP | 15.58 | AG |
| 15.13 | TP | 15.33A | TP | 15.58A | AG |
| 15.13A | TP | 15.33B | TP | 15.58B | AG |
| 15.13B | TP | 15.33C | TP | 15.58C | AG |
| 15.13C | TP | 15.34 | TP | 15.59 | AG |
| 15.14 | TP | 15.34A | TP | 15.5A | TP |
| 15.15 | TP | 15.35 | TP | 15.5A | AG |
| 15.15A | TP | 15.36 | TP | 15.6 | AG |
| 15.15B | TP | 15.37 | TP | 15.60 | GG |
| 15.15C | TP | 15.38 | TP | 15.61 | GG |
| 15.15D | TP | 15.38A | TP | 15.62 | GG |
| 15.15E | TP | 15.39 | TP | 15.62A | GG |
| 15.16 | TP | 15.4 | AG | 15.63 | GG |
| 15.17 | TP | 15.41 | TP | 15.7 | AG |
| 15.18 | TP | 15.42 | GG | 15.8 | AG |
| 15.19 | TP | 15.42 | TP | 15.8A | AG |
| 15.2 | AG | 15.43 | TP | 15.8B | AG |
| 15.20 | TP | 15.43 | GG | 15.9 | AG |
| 15.20A | TP | 15.43A | GG | 16.1 | AG |
| 15.20B | TP | 15.43B | GG | 16.10 | AG |
| 15.21 | TP | 15.44 | GG | 16.11 | AG |
| 15.21A | TP | 15.44 | TP | 16.11A | AG |
| 15.21B | TP | 15.45 | GG | 16.11B | AG |
| 15.23 | TP | 15.46 | GG | 16.11C | AG |
| 15.23A | TP | 15.47 | GG | 16.12 | AG |
| 15.24 | TP | 15.47A | GG | 16.13 | AG |
| 15.25 | TP | 15.48 | GG | 16.14 | AG |
| 15.25A | TP | 15.49 | TP | 16.15 | AG |
| 15.25B | TP | 15.5 | AG | 16.16 | AG |

| | | | | | |
|---|---|---|---|---|---|
| 16.17 | AG | 17.12A | FC | 17.30 | GG |
| 16.18 | AG | 17.12B | FT | 17.31 | GG |
| 16.19 | AG | 17.12B | FC | 17.32 | GG |
| 16.19A | AG | 17.12C | FT | 17.33 | GG |
| 16.2 | AG | 17.12D | FC | 17.34 | GG |
| 16.20 | AG | 17.12D | FT | 17.34A | GG |
| 16.21 | AG | 17.12E | FC | 17.35 | GG |
| 16.22 | AG | 17.12F | FC | 17.35 | FT |
| 16.23 | AG | 17.13 | FC | 17.36 | FT |
| 16.23A | GG | 17.14 | FC | 17.37 | GG |
| 16.23B | AG | 17.15 | FC | 17.38 | FC |
| 16.24 | AG | 17.16 | FC | 17.38 | GG |
| 16.25 | AG | 17.17 | FC | 17.39 | GG |
| 16.26 | AG | 17.18 | FC | 17.39A | FT |
| 16.27 | AG | 17.19 | TP | 17.39A | GG |
| 16.28 | AG | 17.1A | FT | 17.4 | FT |
| 16.29 | AG | 17.1B | FT | 17.40 | GG |
| 16.2A | AG | 17.2 | FT | 17.40A | GG |
| 16.3 | AG | 17.20 | TP | 17.41 | GG |
| 16.30 | AG | 17.20A | TP | 17.41A | GG |
| 16.31 | AG | 17.20B | TP | 17.42 | GG |
| 16.32 | AG | 17.21 | TP | 17.43 | GG |
| 16.32A | AG | 17.21 | FT | 17.43A | GG |
| 16.33 | AG | 17.22 | TP | 17.43B | GG |
| 16.34 | AG | 17.23 | TP | 17.44 | GG |
| 16.35 | AG | 17.23A | TP | 17.45 | GG |
| 16.35A | AG | 17.23B | TP | 17.46 | GG |
| 16.35B | GG | 17.23C | TP | 17.47 | GG |
| 16.35C | GG | 17.24 | TP | 17.48 | GG |
| 16.35D | GG | 17.25 | TP | 17.49 | GG |
| 16.36 | AG | 17.25 | FT | 17.5 | FT |
| 16.4 | AG | 17.26 | TP | 17.50 | GG |
| 16.5 | AG | 17.26 | FT | 17.50A | GG |
| 16.6 | AG | 17.26 | GG | 17.50B | GG |
| 16.7 | AG | 17.27 | TP | 17.51 | GG |
| 16.8 | AG | 17.27 | FT | 17.51A | GG |
| 16.9 | AG | 17.27 | GG | 17.51B | GG |
| 17.1 | FT | 17.28 | TP | 17.52 | GG |
| 17.10 | FT | 17.28 | FT | 17.52A | GG |
| 17.11 | FT | 17.29 | FT | 17.52B | GG |
| 17.12 | FC | 17.29 | TP | 17.53 | GG |
| 17.12 | FT | 17.29 | GG | 17.54 | GG |
| 17.12A | FT | 17.3 | FT | 17.55 | GG |

| | | | | | |
|---|---|---|---|---|---|
| 17.56 | GG | 17.84 | TP | 18.4 | GG |
| 17.57 | GG | 17.84 | FT | 18.4A | GG |
| 17.57A | GG | 17.85 | TP | 18.5 | GG |
| 17.57B | GG | 17.86 | TP | 18.6 | GG |
| 17.58 | GG | 17.87 | FT | 18.7 | GG |
| 17.58A | GG | 17.88 | FC | 18.8 | AG |
| 17.58B | GG | 17.88 | FT | 18.9 | AG |
| 17.59 | GG | 17.88A | GG | 19.1 | AG |
| 17.6 | FT | 17.88A | FT | 19.10 | GG |
| 17.60 | GG | 17.88A | FC | 19.2 | AG |
| 17.61 | GG | 17.88B | FT | 19.3 | GG |
| 17.62 | GG | 17.88C | FT | 19.4 | GG |
| 17.63 | GG | 17.88D | FC | 19.5 | GG |
| 17.64 | GG | 17.9 | FT | 19.6 | GG |
| 17.64A | GG | 18.1 | GG | 19.7 | GG |
| 17.65 | GG | 18.10 | AG | 19.8 | GG |
| 17.65A | GG | 18.11 | AG | 19.9 | GG |
| 17.66 | GG | 18.11A | AG | 2.1 | AA |
| 17.66A | GG | 18.12 | GG | 2.10 | AA |
| 17.67 | GG | 18.13 | GG | 2.11 | AA |
| 17.68 | GG | 18.14 | GG | 2.12 | AA |
| 17.69 | GG | 18.15 | GG | 2.13 | AA |
| 17.7 | FT | 18.16 | GG | 2.14 | AA |
| 17.70 | GG | 18.17 | GG | 2.14A | AA |
| 17.70A | GG | 18.18 | GG | 2.15 | AA |
| 17.71 | GG | 18.19 | GG | 2.16 | AA |
| 17.72 | GG | 18.2 | GG | 2.17 | AA |
| 17.72A | GG | 18.20 | GG | 2.18 | AA |
| 17.72B | GG | 18.21 | GG | 2.19 | AA |
| 17.73 | TP | 18.22 | GG | 2.2 | AA |
| 17.73A | TP | 18.23 | GG | 2.20 | AA |
| 17.74 | TP | 18.24 | GG | 2.20A | AA |
| 17.75 | TP | 18.25 | GG | 2.21 | AA |
| 17.76 | TP | 18.26 | GG | 2.22 | AA |
| 17.77 | TP | 18.27 | GG | 2.22A | AA |
| 17.78 | TP | 18.27A | GG | 2.23 | AA |
| 17.79 | TP | 18.28 | GG | 2.23A | AA |
| 17.8 | FT | 18.29 | GG | 2.24 | AA |
| 17.80 | TP | 18.3 | GG | 2.25 | AA |
| 17.81 | TP | 18.30 | GG | 2.26 | AA |
| 17.82 | TP | 18.31 | GG | 2.27 | AA |
| 17.82 | FT | 18.32 | GG | 2.27A | AA |
| 17.83 | TP | 18.33 | GG | 2.28 | AA |

| | | | | | |
|---|---|---|---|---|---|
| 2.29 | AA | 2.60 | AA | 20.26 | FT |
| 2.29A | AA | 2.61 | AA | 20.27 | FT |
| 2.29B | AA | 2.62 | AA | 20.28 | FT |
| 2.2A | AA | 2.62A | AA | 20.29 | FT |
| 2.3 | AA | 2.63 | AA | 20.3 | FT |
| 2.30 | AA | 2.63A | AA | 20.30 | FT |
| 2.30A | AA | 2.64 | AA | 20.31 | FT |
| 2.30B | AA | 2.64A | AA | 20.32 | FC |
| 2.31 | AA | 2.64B | AA | 20.32 | FT |
| 2.32 | AA | 2.65 | AA | 20.33 | FC |
| 2.32A | AA | 2.65A | AA | 20.33 | FT |
| 2.32B | AA | 2.65B | AA | 20.34 | FT |
| 2.33 | AA | 2.6A | AA | 20.34 | FC |
| 2.33A | AA | 2.7 | AA | 20.35 | FC |
| 2.34 | AA | 2.8 | AA | 20.35 | FT |
| 2.35 | AA | 2.9 | AA | 20.36 | FT |
| 2.36 | AA | 20.10 | FT | 20.37 | FT |
| 2.37 | AA | 20.100 | FT | 20.37A | FT |
| 2.38 | AA | 20.101 | FT | 20.38 | FT |
| 2.39 | AA | 20.102 | FT | 20.39 | FT |
| 2.4 | AA | 20.103 | FT | 20.3A | FT |
| 2.40 | AA | 20.104 | FT | 20.4 | FT |
| 2.41 | AA | 20.104A | FT | 20.40 | FT |
| 2.42 | AA | 20.11 | FT | 20.41 | FT |
| 2.43 | AA | 20.11A | FT | 20.42 | FT |
| 2.44 | AA | 20.12 | FT | 20.42A | FT |
| 2.45 | AA | 20.13 | FT | 20.43 | FT |
| 2.46 | AA | 20.14 | FT | 20.44 | FT |
| 2.47 | AA | 20.15 | FT | 20.45 | FT |
| 2.48 | AA | 20.16 | FT | 20.46 | FT |
| 2.49 | AA | 20.17 | FT | 20.47 | FT |
| 2.5 | AA | 20.18 | FT | 20.48 | FT |
| 2.50 | AA | 20.19 | FT | 20.48A | FT |
| 2.51 | AA | 20.20 | FT | 20.49 | FT |
| 2.52 | AA | 20.21 | FT | 20.5 | FT |
| 2.53 | AA | 20.22 | FT | 20.50 | FT |
| 2.54 | AA | 20.23 | FT | 20.51 | FT |
| 2.55 | AA | 20.24 | FT | 20.52 | FT |
| 2.56 | AA | 20.25 | FT | 20.53 | FT |
| 2.57 | AA | 20.25 | FC | 20.54 | FT |
| 2.58 | AA | 20.25A | FT | 20.55 | FT |
| 2.59 | AA | 20.25B | FT | 20.56 | FT |
| 2.6 | AA | 20.25C | FC | 20.57 | FT |

| | | | | | |
|---|---|---|---|---|---|
| 20.58 | FT | 20.86 | FT | 21.117 | FT |
| 20.59 | FT | 20.86A | FT | 21.118 | FT |
| 20.6 | FT | 20.87 | FT | 21.119 | FT |
| 20.60 | FT | 20.88 | FT | 21.12 | FT |
| 20.61 | FT | 20.89 | FT | 21.120 | FT |
| 20.62 | FT | 20.8A | FT | 21.121 | FT |
| 20.62A | FT | 20.9 | FT | 21.121A | FT |
| 20.63 | FT | 20.90 | FT | 21.121B | FT |
| 20.63A | FT | 20.91 | FT | 21.122 | FT |
| 20.64 | FT | 20.92 | FT | 21.123 | FT |
| 20.65 | FT | 20.93 | FT | 21.124 | FT |
| 20.66 | FT | 20.94 | FT | 21.125 | FT |
| 20.67 | FT | 20.95 | FT | 21.126 | FT |
| 20.68 | FT | 20.96 | FT | 21.127 | FT |
| 20.69 | FT | 20.97 | FT | 21.128 | FT |
| 20.69A | FT | 20.98 | FT | 21.128A | FT |
| 20.7 | FT | 20.99A | FT | 21.129 | FT |
| 20.70 | FT | 20.9A | FT | 21.129A | FT |
| 20.71 | FT | 21.1 | FT | 21.129B | FT |
| 20.72 | FT | 21.1 | TP | 21.12A | FT |
| 20.73 | FT | 21.10 | TP | 21.13 | FT |
| 20.73A | FT | 21.100 | FT | 21.13 | TP |
| 20.74 | FT | 21.101 | FT | 21.130 | FT |
| 20.74A | FT | 21.102 | FT | 21.131 | FT |
| 20.74B | FT | 21.103 | FT | 21.132 | FT |
| 20.75 | FT | 21.104 | FT | 21.132A | FT |
| 20.76 | FT | 21.105 | FT | 21.133 | FT |
| 20.77 | FT | 21.106 | FT | 21.134 | FT |
| 20.78 | FT | 21.107 | FT | 21.135 | FT |
| 20.79 | FT | 21.108 | FT | 21.135A | FT |
| 20.79 | FC | 21.109 | FT | 21.136 | FT |
| 20.8 | FT | 21.11 | FT | 21.137 | FT |
| 20.80 | FT | 21.110 | FT | 21.138 | FT |
| 20.80A | FC | 21.110A | FT | 21.138A | FT |
| 20.80A | FT | 21.110B | FT | 21.139 | TP |
| 20.81 | FT | 21.111 | FT | 21.14 | TP |
| 20.81A | FC | 21.112 | FT | 21.140 | TP |
| 20.81A | FT | 21.112A | FT | 21.141 | TP |
| 20.82 | FC | 21.113 | FT | 21.142 | TP |
| 20.83 | FC | 21.113A | FT | 21.143 | TP |
| 20.83B | CS | 21.114 | FT | 21.144 | TP |
| 20.84 | FC | 21.115 | FT | 21.145 | TP |
| 20.85 | CS | 21.116 | FT | 21.146 | TP |

| | | | | | |
|---|---|---|---|---|---|
| 21.147 | TP | 21.41C | FT | 21.66 | FT |
| 21.148 | FT | 21.41D | FT | 21.67 | FT |
| 21.149 | FT | 21.42 | FT | 21.68 | FT |
| 21.15 | TP | 21.43 | FT | 21.69 | FT |
| 21.15 | FT | 21.44 | FT | 21.69A | FT |
| 21.150 | FT | 21.45 | FT | 21.7 | FT |
| 21.151 | FT | 21.46 | FT | 21.70 | FT |
| 21.152 | FT | 21.47 | TP | 21.71 | FT |
| 21.16 | FT | 21.48 | TP | 21.72 | FT |
| 21.17 | FT | 21.48 | FT | 21.72A | FT |
| 21.18 | FT | 21.48A | TP | 21.73 | FT |
| 21.19 | FT | 21.49 | TP | 21.74 | FT |
| 21.2 | TP | 21.5 | FT | 21.75 | FT |
| 21.20 | FT | 21.50 | TP | 21.76 | FT |
| 21.21 | FT | 21.50 | FT | 21.77 | FT |
| 21.22 | FT | 21.51 | TP | 21.78 | FT |
| 21.23 | FT | 21.52 | TP | 21.79 | FT |
| 21.24 | FT | 21.53 | TP | 21.8 | FT |
| 21.25 | FT | 21.54 | FT | 21.80 | FT |
| 21.26 | FT | 21.54 | TP | 21.81 | FT |
| 21.27 | FT | 21.55 | FT | 21.82 | FT |
| 21.28 | FT | 21.56 | TP | 21.83 | FT |
| 21.29 | FT | 21.56 | FT | 21.84 | FT |
| 21.2A | FT | 21.56A | FT | 21.85 | FT |
| 21.2A | TP | 21.56B | FT | 21.86 | FT |
| 21.3 | FT | 21.57 | FT | 21.87 | FT |
| 21.3 | TP | 21.58 | FT | 21.87A | FT |
| 21.30 | FT | 21.58 | TP | 21.87B | FT |
| 21.31 | FT | 21.59 | FT | 21.87C | FT |
| 21.32 | FT | 21.59A | FT | 21.88 | FT |
| 21.33 | FT | 21.6 | FT | 21.89 | FT |
| 21.34 | FT | 21.60 | FT | 21.8A | FT |
| 21.35 | FT | 21.61 | FT | 21.9 | TP |
| 21.36 | FT | 21.61A | FT | 21.90 | FT |
| 21.37 | FT | 21.62 | FT | 21.91 | FT |
| 21.38 | FT | 21.63 | FT | 21.92 | FT |
| 21.39 | FT | 21.63A | FT | 21.93 | FT |
| 21.3A | FT | 21.63B | FT | 21.94 | FT |
| 21.4 | FT | 21.63C | FT | 21.95 | FT |
| 21.40 | FT | 21.63D | FT | 21.96 | FT |
| 21.41 | FT | 21.63E | FT | 21.97 | FT |
| 21.41A | FT | 21.64 | FT | 21.98 | FT |
| 21.41B | FT | 21.65 | FT | 21.98A | FT |

| | | | | | |
|---|---|---|---|---|---|
| 21.98B | FT | 3.4 | AA | 3.9 | AA |
| 21.99 | FT | 3.40 | AA | 4.2 | AA |
| 22.1[1] | GG | 3.41 | AA | 4.3 | AA |
| 22.2 | CS | 3.42 | AA | 4.4 | AA |
| 3.1 | AA | 3.43 | AA | 4.5 | AA |
| 3.10 | AA | 3.44 | AA | 4.6 | AA |
| 3.11 | AA | 3.45 | AA | 4.7 | AA |
| 3.12 | AA | 3.46 | AA | 4.8 | AA |
| 3.13 | AA | 3.47 | AA | 5.1 | AA |
| 3.14 | AA | 3.48 | AA | 5.2 | AA |
| 3.14A | AA | 3.49 | AA | 5.3 | AA |
| 3.15 | AA | 3.5 | AA | 6.1 | AA |
| 3.16 | AA | 3.50 | AA | 6.2 | AA |
| 3.16A | AA | 3.51 | AA | 6.3 | AA |
| 3.17 | AA | 3.52 | AA | 6.4 | AA |
| 3.18 | AA | 3.53 | AA | 6.5 | AA |
| 3.19 | AA | 3.54 | AA | 6.5A | AA |
| 3.2 | AA | 3.54A | AA | 6.5B | AA |
| 3.20 | AA | 3.55 | AA | 6.6 | AA |
| 3.21 | AA | 3.55A | AA | 6.7 | AA |
| 3.22 | AA | 3.56 | AA | 7.1 | AA |
| 3.23 | AA | 3.57 | AA | 7.10 | AG |
| 3.24 | AA | 3.58 | AA | 7.11 | AG |
| 3.25 | AA | 3.59 | AA | 7.12 | AG |
| 3.26 | AA | 3.59A | AA | 7.13 | AG |
| 3.27 | AA | 3.59B | AA | 7.14 | AG |
| 3.28 | AA | 3.6 | AA | 7.15 | AG |
| 3.29 | AA | 3.60 | AA | 7.16 | AG |
| 3.3 | AA | 3.60A | AA | 7.17 | AA |
| 3.30 | AA | 3.61 | AA | 7.17 | AG |
| 3.31 | AA | 3.62 | AA | 7.18 | AG |
| 3.32 | AA | 3.62A | AA | 7.19 | AG |
| 3.33 | AA | 3.63 | AA | 7.19 | AA |
| 3.34 | AA | 3.63A | AA | 7.1A | AA |
| 3.35 | AA | 3.64 | AA | 7.2 | AA |
| 3.35A | AA | 3.65 | AA | 7.20 | AA |
| 3.36 | AA | 3.66 | AA | 7.21 | AG |
| 3.37 | AA | 3.67 | AA | 7.21 | AA |
| 3.38 | AA | 3.7 | AA | 7.22 | AA |
| 3.39 | AA | 3.8 | AA | 7.23 | AA |
| | | 3.8A | AA | 7.24 | AA |
| | | 3.8B | AA | 7.25 | AA |
| | | 3.8C | AA | 7.26 | AA |

[1] Both rights fall within Gijosa Grant

| | | | |
|---|---|---|---|
| 7.27 | AG | 8.4 | AG |
| 7.28 | AA | 8.5 | AG |
| 7.29 | AA | 8.6 | AG |
| 7.3 | AA | 8.7 | AG |
| 7.30 | AA | 8.8 | AG |
| 7.31 | AA | 8.9 | AG |
| 7.32 | AA | 9.1 | AG |
| 7.33 | AA | 9.2 | AG |
| 7.34 | AA | 9.2A | AG |
| 7.35 | AA | 9.2B | AG |
| 7.36 | AA | 9.3 | AG |
| 7.37 | AA | 9.4 | AG |
| 7.38 | AA | 9.5 | AG |
| 7.39 | AA | 9.6 | AG |
| 7.3A | AA | 9.7 | AG |
| 7.4 | AA | 9.7A | AG |
| 7.40 | AA | 9.8 | AG |
| 7.41 | AA | | |
| 7.42 | AA | | |
| 7.42 | AG | | |
| 7.43 | AG | | |
| 7.43A | AG | | |
| 7.43A | AA | | |
| 7.44 | AG | | |
| 7.44A | AG | | |
| 7.45 | AG | | |
| 7.46 | AG | | |
| 7.5 | AA | | |
| 7.5A | AA | | |
| 7.5B | AA | | |
| 7.5C | AA | | |
| 7.5D | AA | | |
| 7.6 | AA | | |
| 7.7 | AG | | |
| 7.7 | AA | | |
| 7.8 | AG | | |
| 7.8 | AA | | |
| 7.9 | AG | | |
| 7.9 | AA | | |
| 8.1 | AG | | |
| 8.10 | AG | | |
| 8.2 | AG | | |
| 8.3 | AG | | |