IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel*. State Engineer,<br>　　Plaintiff, | 69cv07896-BB<br>RIO TAOS ADJUDICATION |
| -　v- | |
| EDUARDO ABEYTA, *et al.* &<br>CELSO ARELLANO, *et al.*,<br>　　Defendants. | 69cv07939-BB<br>RIO HONDO ADJUDICATION<br>Consolidated |
| | Section: Rio Pueblo de Taos<br>Ditch: Acequia de los Lovatos |

### ORDER APPLYING PRIORITY DATE FOR ACEQUIA
### DE LOS LOVATOS TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve.  Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026)  On February 21, 2003, the Court entered a Memorandum Opinion and Order (No. 3102) that adopted a priority date of 1715 for the Acequia de los Lovatos.

This Order applies the priority date adopted for the Acequia de los Lovatos to each subfile irrigation water right it serves.  The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court.  All water right claims denied have a priority date of "None."  Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1715 priority date adopted for Acequia de los Lovatos is applied to individual subfile water rights as set forth in Exhibit A.

　　　　　　　　　　　　　　　　　　　　／s／ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

EXHIBIT A
ACEQUIA DE LOS LOVATOS

| Subfile Number | Priority Date | Subfile Number | Priority Date | Subfile Number | Priority Date |
|---|---|---|---|---|---|
| 14.105A | 1715 | 15.34A | 1715 | 17.20A | 1715 |
| 15.20 | 1715 | 15.35 | 1715 | 17.20B | 1715 |
| 15.20A | 1715 | 15.36 | 1715 | 17.21 | 1715 |
| 15.20B | 1715 | 15.37 | 1715 | 17.22 | 1715 |
| 15.21 | 1715 | 15.38 | 1715 | 17.23 | 1715 |
| 15.21A | 1715 | 15.38A | 1715 | 17.23A | 1715 |
| 15.21B | 1715 | 15.39 | 1715 | 17.23B | 1715 |
| 15.23 | 1715 | 15.41 | 1715 | 17.23C | 1715 |
| 15.23A | 1715 | 15.42 | 1715 | 17.24 | 1715 |
| 15.24 | 1715 | 15.43 | 1715 | 17.25 | 1715 |
| 15.25 | 1715 | 15.43A | 1715 | 17.26 | 1715 |
| 15.25A | 1715 | 15.43B | 1715 | 17.27 | 1715 |
| 15.25B | 1715 | 15.44 | 1715 | 17.28 | 1715 |
| 15.26 | 1715 | 15.45 | 1715 | 17.29 | 1715 |
| 15.27 | 1715 | 15.46 | 1715 | 17.30 | 1715 |
| 15.28 | 1715 | 15.47 | 1715 | 17.31 | 1715 |
| 15.29 | 1715 | 15.47A | 1715 | 17.32 | 1715 |
| 15.30 | 1715 | 15.48 | 1715 | 17.33 | 1715 |
| 15.31 | 1715 | 15.49 | 1715 | 17.34 | 1715 |
| 15.31A | 1715 | 15.50 | 1715 | 17.34A | 1715 |
| 15.32 | 1715 | 15.51 | 1715 | 17.35 | 1715 |
| 15.32A | 1715 | 15.52 | 1715 | 17.36 | 1715 |
| 15.32B | 1715 | 15.53 | 1715 | 17.37 | 1715 |
| 15.32C | 1715 | 15.54 | 1715 | 17.38 | 1715 |
| 15.32D | 1715 | 15.55 | 1715 | 17.39 | 1715 |
| 15.32E | 1715 | 15.56 | 1715 | 17.40 | 1715 |
| 15.33 | 1715 | 15.57 | 1715 | 17.41 | 1715 |
| 15.33A | 1715 | 15.57A | 1715 | | |
| 15.33B | 1715 | 15.57B | 1715 | | |
| 15.33C | 1715 | 17.19 | 1715 | | |
| 15.34 | 1715 | 17.20 | 1715 | | |