IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,
    Plaintiff,

-    v-

EDUARDO ABEYTA, *et al.* &
CELSO ARELLANO, *et al.*,
    Defendants.

69cv07896-BB
RIO TAOS ADJUDICATION

69cv07939-BB
RIO HONDO ADJUDICATION
Consolidated

Section: Rio Pueblo de Taos
Ditch: Acequia de los Molinos

ORDER APPLYING PRIORITY DATE FOR ACEQUIA
DE LOS MOLINOS TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve.  Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026)  On February 19, 2004, the Court entered a Memorandum Opinion and Order (No. 4419) that adopted a priority date of 1823 for the Acequia de los Molinos.

This Order applies the priority date adopted for the Acequia de los Molinos to each subfile irrigation water right it serves.  The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court.  All water right claims denied have a priority date of "None."  Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1823 priority date adopted for Acequia de los Molinos is applied to individual subfile water rights as set forth in Exhibit A.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**ACEQUIA DE LOS MOLINOS**

| Individual Subfile Priority Dates | |
|---|---|
| **Subfile Number** | **Priority Date** |
| 15.58 | 1823 |
| 15.58A | 1823 |
| 15.58B | 1823 |
| 15.58C | 1823 |
| 15.59 | 1823 |
| 16.20 | 1823 |
| 16.21 | 1823 |
| 16.22 | 1823 |
| 16.23 | 1823 |
| 16.23B | 1823 |
| 16.24 | 1823 |
| 16.25 | 1823 |
| 16.26 | 1823 |
| 16.27 | 1823 |
| 16.28 | 1823 |
| 16.29 | 1823 |
| 16.30 | 1823 |
| 16.31 | 1823 |
| 16.32 | 1823 |
| 16.32A | 1823 |
| 16.33 | 1823 |
| 16.34 | 1823 |
| 16.35 | 1823 |