IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,       69cv07896-BB
    Plaintiff,       RIO TAOS ADJUDICATION

-   v-

    69cv07939-BB
EDUARDO ABEYTA, *et al.* &       RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.*,       Consolidated
    Defendants.

    Section: Rio Pueblo de Taos
    Ditch: Acequia Madre del Prado

### ORDER APPLYING PRIORITY DATE FOR ACEQUIA MADRE DEL PRADO TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve. Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026) On February 21, 2003 and again on November 18, 2005, the Court entered a Memorandum Opinion and Order (No. 3102 and 4701 respectively) that adopted a priority date of 1730 for the Acequia Madre del Prado.

This Order applies the priority date adopted for the Acequia Madre del Prado to each subfile irrigation water right it serves. The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court. All water right claims denied have a priority date of "None." Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1730 priority date adopted for Acequia Madre del Prado is applied to individual subfile water rights as set forth in Exhibit A.

                                    */s/ Bruce D. Black*
                                    BRUCE D. BLACK
                                    UNITED STATES DISTRICT JUDGE

EXHIBIT A
ACEQUIA MADRE DEL PRADO

| Individual Subfile Priority Dates | | Individual Subfile Priority Dates | | Individual Subfile Priority Dates | |
| --- | --- | --- | --- | --- | --- |
| Subfile Number | Priority Date | Subfile Number | Priority Date | Subfile Number | Priority Date |
| 11.1 | 1730 | 11.7 | 1730 | 12.29A | 1730 |
| 11.10 | 1730 | 11.9 | 1730 | 12.2A | 1730 |
| 11.11 | 1730 | 12.1 | 1730 | 12.2B | 1730 |
| 11.12 | 1730 | 12.10 | 1730 | 12.2C | 1730 |
| 11.13 | 1730 | 12.10A | 1730 | 12.2D | 1730 |
| 11.14 | 1730 | 12.11 | 1730 | 12.2E | 1730 |
| 11.15 | 1730 | 12.12 | 1730 | 12.2F | 1730 |
| 11.16 | 1730 | 12.13 | 1730 | 12.2G | 1730 |
| 11.17 | 1730 | 12.14 | 1730 | 12.2H | 1730 |
| 11.18 | 1730 | 12.15 | 1730 | 12.2I | 1730 |
| 11.18A | 1730 | 12.15A | 1730 | 12.3 | 1730 |
| 11.19 | 1730 | 12.15B | 1730 | 12.30 | 1730 |
| 11.1A | 1730 | 12.16 | 1730 | 12.31 | 1730 |
| 11.2 | 1730 | 12.17 | 1730 | 12.31A | 1730 |
| 11.20 | 1730 | 12.18 | 1730 | 12.33 | 1730 |
| 11.21 | 1730 | 12.19 | 1730 | 12.34 | 1730 |
| 11.22 | 1730 | 12.1A | 1730 | 12.34A | 1730 |
| 11.23 | 1730 | 12.1B | 1730 | 12.35 | 1730 |
| 11.23A | 1730 | 12.1C | 1730 | 12.35A | 1730 |
| 11.23B | 1730 | 12.1D | 1730 | 12.36 | 1730 |
| 11.23C | 1730 | 12.1E | 1730 | 12.36A | 1730 |
| 11.24 | 1730 | 12.2 | 1730 | 12.37 | 1730 |
| 11.24A | 1730 | 12.20 | 1730 | 12.38A | 1730 |
| 11.24B | 1730 | 12.21 | 1730 | 12.39 | 1730 |
| 11.24C | 1730 | 12.21A | 1730 | 12.39A | 1730 |
| 11.25 | 1730 | 12.21B | 1730 | 12.4 | 1730 |
| 11.26 | 1730 | 12.21C | 1730 | 12.40 | 1730 |
| 11.27 | 1730 | 12.21D | 1730 | 12.41 | 1730 |
| 11.27A | 1730 | 12.22 | 1730 | 12.42 | 1730 |
| 11.28 | 1730 | 12.23 | 1730 | 12.43 | 1730 |
| 11.29 | 1730 | 12.24 | 1730 | 12.44 | 1730 |
| 11.29A | 1730 | 12.25 | 1730 | 12.5 | 1730 |
| 11.3 | 1730 | 12.26 | 1730 | 12.59 | 1730 |
| 11.30 | 1730 | 12.28 | 1730 | 12.5A | 1730 |
| 11.30A | 1730 | 12.28A | 1730 | 12.5B | 1730 |
| 11.30B | 1730 | 12.28B | 1730 | 12.5C | 1730 |
| 11.4 | 1730 | 12.28C | 1730 | 12.5D | 1730 |
| 11.5 | 1730 | 12.28D | 1730 | 12.5E | 1730 |
| 11.6 | 1730 | 12.29 | 1730 | 12.5F | 1730 |

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 12.5G | 1730 |
| 12.5H | 1730 |
| 12.6 | 1730 |
| 12.6A | 1730 |
| 12.7 | 1730 |
| 12.8 | 1730 |
| 12.9 | 1730 |
| 13.1 | 1730 |