IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,            69cv07896-BB
    Plaintiff,                                                                    RIO TAOS ADJUDICATION

-     v-

                                                                                  69cv07939-BB
EDUARDO ABEYTA, *et al.* &                            RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.*,                                      Consolidated
    Defendants.

                                                                      Section: Rio Pueblo de Taos
                        Ditch: Acequia Madre de la Loma del Ranchito de Abajo

### ORDER APPLYING PRIORITY DATE FOR ACEQUIA MADRE DE LA LOMA DEL RANCHITO DE ABAJO TO INDIVIDUAL SUBFILES

       In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve.  Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026)  On November 18, 2005, the Court entered a Memorandum Opinion and Order (No. 4701) that adopted a priority date of 1730 for the Acequia Madre de la Loma del Ranchito de Abajo.

       This Order applies the priority date adopted for the Acequia Madre de la Loma del Ranchito de Abajo to each subfile irrigation water right it serves.  The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court.  All water right claims denied have a priority date of "None."  Subfile priority dates are listed in Exhibit A attached to this Order.

       It is therefore ordered that the 1730 priority date adopted for Acequia Madre de la Loma del Ranchito de Abajo is applied to individual subfile water rights as set forth in Exhibit A.

                                                        */s/ Bruce D. Black*
                                                       BRUCE D. BLACK
                                                       UNITED STATES DISTRICT JUDGE

EXHIBIT A
ACEQUIA MADRE DE LA LOMA DEL RANCHITO DE ABAJO[1]

| Individual Subfile Priority Dates ||
| Subfile Number | Priority Date |
|---|---|
| 15.1 | 1730 |
| 15.2 | 1730 |
| 15.3 | 1730 |
| 15.4 | 1730 |
| 16.10 | 1730 |
| 16.11 | 1730 |
| 16.11A | 1730 |
| 16.11B | 1730 |
| 16.11C | 1730 |
| 16.12 | 1730 |
| 16.13 | 1730 |
| 16.14 | 1730 |
| 16.15 | 1730 |
| 16.16 | 1730 |
| 16.17 | 1730 |
| 16.18 | 1730 |
| 16.2 | 1730 |
| 16.2A | 1730 |
| 16.3 | 1730 |
| 16.35A | 1730 |
| 16.36 | 1730 |
| 16.4 | 1730 |
| 16.5 | 1730 |
| 16.6 | 1730 |
| 16.7 | 1730 |
| 16.8 | 1730 |
| 16.9 | 1730 |

---

[1] In the Memorandum Opinion and Order entered November 18, 2005 (No. 4701), this Acequia is listed as Acequia Madre de la Loma.  The Order entered May 19, 2006 (No. 4775, n. 1) clarified the name of this ditch as Acequia Madre de la Loma del Ranchito de Abajo.