IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,        69cv07896-BB
      Plaintiff,                                        RIO TAOS ADJUDICATION

-     v-
                                                      69cv07939-BB
EDUARDO ABEYTA, *et al.* &                            RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.*,                             Consolidated
      Defendants.
                                              Section: Rio Pueblo de Taos
                                  Ditch: Acequia Madre del Rio Lucero del Arroyo Seco

### ORDER APPLYING PRIORITY DATE FOR ACEQUIA MADRE DEL RIO LUCERO DEL ARROYO SECO TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve. Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026) On November 18, 2005, the Court entered a Memorandum Opinion and Order (No. 4701) that adopted a priority date of 1815 for the Acequia Madre del Rio Lucero del Arroyo Seco.

This Order applies the priority date adopted for the Acequia Madre del Rio Lucero del Arroyo Seco to each subfile irrigation water right it serves. The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court. All water right claims denied have a priority date of "None." Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1815 priority date adopted for Acequia Madre del Rio Lucero del Arroyo Seco is applied to individual subfile water rights as set forth in Exhibit A.

                                                BRUCE D. BLACK
                                                UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**ACEQUIA MADRE DEL RIO LUCERO DEL ARROYO SECO**

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 1.15 | 1815 |
| 1.15A | 1815 |
| 1.15B | 1815 |
| 1.15C | 1815 |
| 1.16 | 1815 |
| 1.17 | 1815 |
| 1.18 | 1815 |
| 1.19 | 1815 |
| 1.20 | 1815 |
| 1.21 | 1815 |
| 1.22 | 1815 |
| 1.23 | 1815 |
| 1.24 | 1815 |
| 1.25 | 1815 |
| 1.26 | 1815 |
| 1.27 | 1815 |
| 1.28 | 1815 |
| 1.29 | 1815 |
| 1.30 | 1815 |
| 1.31 | 1815 |
| 1.32 | 1815 |
| 1.33 | 1815 |
| 1.34 | 1815 |
| 1.35 | 1815 |
| 1.36 | 1815 |
| 1.37 | 1815 |
| 1.38 | 1815 |
| 1.38A | 1815 |
| 1.38B | 1815 |
| 1.38C | 1815 |
| 1.38D | 1815 |
| 1.39 | 1815 |
| 1.39A | 1815 |
| 1.39B | 1815 |
| 1.40 | 1815 |
| 1.41 | 1815 |
| 1.41A | 1815 |
| 1.42 | 1815 |
| 1.43 | 1815 |

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 2.1 | 1815 |
| 2.10 | 1815 |
| 2.11 | 1815 |
| 2.12 | 1815 |
| 2.13 | 1815 |
| 2.14 | 1815 |
| 2.14A | 1815 |
| 2.15 | 1815 |
| 2.16 | 1815 |
| 2.17 | 1815 |
| 2.18 | 1815 |
| 2.19 | 1815 |
| 2.2 | 1815 |
| 2.20 | 1815 |
| 2.20A | 1815 |
| 2.21 | 1815 |
| 2.22 | 1815 |
| 2.22A | 1815 |
| 2.23 | 1815 |
| 2.23A | 1815 |
| 2.24 | 1815 |
| 2.25 | 1815 |
| 2.26 | 1815 |
| 2.27 | 1815 |
| 2.27A | 1815 |
| 2.28 | 1815 |
| 2.29 | 1815 |
| 2.29A | 1815 |
| 2.29B | 1815 |
| 2.2A | 1815 |
| 2.3 | 1815 |
| 2.30 | 1815 |
| 2.30A | 1815 |
| 2.30B | 1815 |
| 2.31 | 1815 |
| 2.32 | 1815 |
| 2.32A | 1815 |
| 2.32B | 1815 |
| 2.5 | 1815 |

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 2.51 | 1815 |
| 2.6 | 1815 |
| 2.6A | 1815 |
| 2.7 | 1815 |
| 2.8 | 1815 |
| 2.9 | 1815 |
| 3.10 | 1815 |
| 3.11 | 1815 |
| 3.12 | 1815 |
| 3.2 | 1815 |
| 3.3 | 1815 |
| 3.4 | 1815 |
| 3.5 | 1815 |
| 3.6 | 1815 |
| 3.7 | 1815 |
| 3.8 | 1815 |
| 3.8A | 1815 |
| 3.8B | 1815 |
| 3.8C | 1815 |
| 3.9 | 1815 |