IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel*. State Engineer,<br>     Plaintiff, | 69cv07896-BB<br>RIO TAOS ADJUDICATION |
| -     v- | |
| EDUARDO ABEYTA, *et al.* &<br>CELSO ARELLANO, *et al.*,<br>     Defendants. | 69cv07939-BB<br>RIO HONDO ADJUDICATION<br>Consolidated |
| | Section: Rio Pueblo de Taos<br>Ditch: Acequia del Norte del Canon |

ORDER APPLYING PRIORITY DATE FOR ACEQUIA
DEL NORTE DEL CANON TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve.  Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026)  On November 18, 2005, the Court entered a Memorandum Opinion and Order (No. 4701) that adopted a priority date of 1796 for the Acequia del Norte del Canon.

This Order applies the priority date adopted for the Acequia del Norte del Canon to each subfile irrigation water right it serves.  The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court.  All water right claims denied have a priority date of "None."  Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1796 priority date adopted for Acequia del Norte del Canon is applied to individual subfile water rights as set forth in Exhibit A.

　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Black
　　　　　　　　　　　　　　　　　　　　BRUCE D. BLACK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

EXHIBIT A
ACEQUIA DEL NORTE DEL CANON

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 20.100 | 1796 |
| 20.101 | 1796 |
| 20.102 | 1796 |
| 20.103 | 1796 |
| 20.104 | 1796 |
| 20.104A | 1796 |
| 20.99 | 1796 |
| 20.99A | 1796 |
| 21.100 | 1796 |
| 21.101 | 1796 |
| 21.102 | 1796 |
| 21.103 | 1796 |
| 21.104 | 1796 |
| 21.105 | 1796 |
| 21.106 | 1796 |
| 21.107 | 1796 |
| 21.108 | 1796 |
| 21.109 | 1796 |
| 21.110 | 1796 |
| 21.110A | 1796 |
| 21.110B | 1796 |
| 21.111 | 1796 |
| 21.112 | 1796 |
| 21.112A | 1796 |
| 21.113 | 1796 |
| 21.113A | 1796 |
| 21.114 | 1796 |
| 21.115 | 1796 |
| 21.116 | 1796 |
| 21.117 | 1796 |
| 21.118 | 1796 |
| 21.119 | 1796 |
| 21.120 | 1796 |
| 21.121 | 1796 |

| Individual Subfile Priority Dates | |
|---|---|
| Subfile Number | Priority Date |
| 21.121A | 1796 |
| 21.121B | 1796 |
| 21.122 | 1796 |
| 21.123 | 1796 |
| 21.124 | 1796 |
| 21.125 | 1796 |
| 21.126 | 1796 |
| 21.127 | 1796 |
| 21.128 | 1796 |
| 21.128A | 1796 |
| 21.129 | 1796 |
| 21.129A | 1796 |
| 21.129B | 1796 |
| 21.130 | 1796 |
| 21.131 | 1796 |
| 21.132 | 1796 |
| 21.132A | 1796 |
| 21.133 | 1796 |
| 21.134 | 1796 |
| 21.135 | 1796 |
| 21.135A | 1796 |
| 21.136 | 1796 |
| 21.137 | 1796 |
| 21.138 | 1796 |
| 21.138A | 1796 |
| 21.94 | 1796 |
| 21.95 | 1796 |
| 21.96 | 1796 |
| 21.97 | 1796 |
| 21.98 | 1796 |
| 21.98A | 1796 |
| 21.98B | 1796 |
| 21.99 | 1796 |