IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,                    69cv07896-BB
            Plaintiff,                                    RIO TAOS ADJUDICATION

-       v-

                                                              69cv07939-BB
EDUARDO ABEYTA, *et al.* &                         RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.*,                                     Consolidated
            Defendants.

                                        Section: Rio Pueblo de Taos
                          Ditch: Alamitos Ditch [Source: Rio Fernando de Taos]

ORDER APPLYING PRIORITY DATE FOR ALAMITOS DITCH
[SOURCE: RIO FERNANDO DE TAOS] TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve.  Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026)  On February 21, 2003, the Court entered a Memorandum Opinion and Order (No. 3102) that adopted a priority date of 1835 for the Alamitos Ditch [Source: Rio Fernando de Taos].

This Order applies the priority date adopted for the Alamitos Ditch [Source: Rio Fernando de Taos] to each subfile irrigation water right it serves.  The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court.  All water right claims denied have a priority date of "None."  Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the 1835 priority date adopted for Alamitos Ditch [Source: Rio Fernando de Taos] is applied to individual subfile water rights as set forth in Exhibit A.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**ALAMITOS DITCH [SOURCE: RIO FERNANDO DE TAOS]**

| Individual Subfile Priority Dates | |
|---|---|
| **Subfile Number** | **Priority Date** |
| 18.15 | 1835 |
| 18.16 | 1835 |
| 18.17 | 1835 |
| 18.18 | 1835 |
| 18.19 | 1835 |