IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,       69cv07896-BB
    Plaintiff,       RIO TAOS ADJUDICATION

-  v-

    69cv07939-BB
EDUARDO ABEYTA, *et al.* &       RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.*,       Consolidated
    Defendants.

    Section: Rio Pueblo de Taos
    Ditch: Graham Ditch No. 1

ORDER APPLYING PRIORITY DATE FOR
GRAHAM DITCH NO. 1 TO INDIVIDUAL SUBFILES

    In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court clarified procedures for determining subfile priority dates and stated that acequia-wide priority dates are to be applied to the water rights they serve. Each claimant has had an opportunity to prove an earlier priority date during the subfile phase and objectors will have the opportunity to prove later priority dates during the *inter se* phase. (No. 3026) On February 21, 2003, the Court entered a Memorandum Opinion and Order (No. 3102) that adopted a priority date of March 18, 1907 for the Graham Ditch No. 1.

    This Order applies the priority date adopted for the Graham Ditch No. 1 to each subfile irrigation water right it serves. The acequia-wide priority date does not apply to supplemental irrigation wells or springs, nor does it apply to individual subfile water rights previously denied by the Court. All water right claims denied have a priority date of "None." Subfile priority dates are listed in Exhibit A attached to this Order.

    It is therefore ordered that the March 18, 1907 priority date adopted for Graham Ditch No. 1 is applied to individual subfile water rights as set forth in Exhibit A.

    */s/ Bruce D. Black*
    BRUCE D. BLACK
    UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**GRAHAM DITCH NO. 1**

| Individual Subfile Priority Dates ||
|---|---|
| **Subfile Number** | **Priority Date** |
| 18.30 | March 18, 1907 |