IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*. State Engineer,
    Plaintiff,

-    v-

EDUARDO ABEYTA, *et al.* &
CELSO ARELLANO, *et al.*,
    Defendants.

69cv07896-BB
RIO TAOS ADJUDICATION

69cv07939-BB
RIO HONDO ADJUDICATION
Consolidated

Section: Rio Pueblo de Taos
Ditch: Thomas Tarleton Ditch

ORDER APPLYING PRIORITY DATE FOR THOMAS
TARLETON DITCH TO INDIVIDUAL SUBFILES

In the May 13, 2002 Memorandum Opinion and Order (Docket No. 3026), the Court
clarified procedures for determining subfile priority dates and stated that acequia-wide priority
dates are to be applied to the water rights they serve. Each claimant has had an opportunity to
prove an earlier priority date during the subfile phase and objectors will have the opportunity to
prove later priority dates during the *inter se* phase. (No. 3026) On February 21, 2003, the Court
entered a Memorandum Opinion and Order (No. 3102) that adopted a priority date of March 18,
1907 for the Thomas Tarleton Ditch.

This Order applies the priority date adopted for the Thomas Tarleton Ditch to each
subfile irrigation water right it serves. The acequia-wide priority date does not apply to
supplemental irrigation wells or springs, nor does it apply to individual subfile water rights
previously denied by the Court. All water right claims denied have a priority date of "None."
Subfile priority dates are listed in Exhibit A attached to this Order.

It is therefore ordered that the March 18, 1907 priority date adopted for Thomas Tarleton
Ditch is applied to individual subfile water rights as set forth in Exhibit A.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**THOMAS TARLETON DITCH[1]**

| Individual Subfile Priority Dates | |
|---|---|
| **Subfile Number** | **Priority Date** |
| 5.3 | March 18, 1907 |
| 6.3 | March 18, 1907 |

---

[1]  The Memorandum Opinion and Order entered February 21, 2003 (Docket No. 3102) established a priority date of "None" for Subfiles 5.3 and 6.3.  The Consent Order Establishing Priority Date entered June 8, 2004 (No. 4498) superseded the Memorandum Opinion and Order and established the priority date of March 18, 1907 for Subfiles 5.3 and 6.3.