IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, *ex rel.* ) | |
| STATE ENGINEER, *et al.*, ) | 69cv07896 BB |
| ) | Rio Pueblo de Taos |
| Plaintiffs, ) | Adjudication |
| ) | |
| v. ) | 69cv7939 BB |
| ) | Rio Hondo Adjudication |
| EDUARDO ABEYTA, *et al.*, ) | (Consolidated) |
| and CELSO ARELLANO, *et al.*, ) | |
| ) | Rio Pueblo de Taos Section |
| Defendants. ) | Acequia Madre del Rio Lucero del |
| ) | Arroyo Seco |
| _____ ) | Subfile No. 2.27 |

## ORDER GRANTING MOTION TO CORRECT SUBFILE ORDER

The Court, having considered the August 3, 2009 Motion to Correct Subfile Order (Doc. No. 5374), filed by the State of New Mexico *ex rel.* State Engineer ("State"), and being otherwise fully advised in the premises, finds that the State's Motion is well taken and that it should be GRANTED:

IT IS THEREFORE ORDERED,

1. Order No. 464.3 is hereby corrected to eliminate the typographical error pertaining to the amount of water rights acreage in Subfile 2.27, by correcting paragraph 5 of the Order to state the following:

| Location:<br>New Mexico State<br>Assessment Survey | State Engineer<br>Hydrographic Survey | Acreage: |
|---|---|---|
| Pt. of Tr. 4.40.32 | 1.42 | 3.3 acres |
| Pt. of Tr. 4.40.38 | 1.42 | 9.1 acres |
| Pt. of Tr. 4.41.82 | 2.27 | 2.3 acres |
| Pt. of Tr. 4.42.53 | 2.27 | **27.6 acres** |

           **Total  42.3 acres**

**As shown on State Engineer Hydrographic Survey Map Sheet No. 1, Tract 42 and Map Sheet No. 2, Tract 27.**

2. Except as corrected by this Order, all other elements of the water right remain as stated in Order No. 464.3 and subsequent orders of the Court.

                */s/ Bruce D. Black*
                BRUCE D. BLACK
                UNITED STATES DISTRICT JUDGE

Recommended for approval:

*/s/ Vickie L. Gabin*
VICKIE L. GABIN
SPECIAL MASTER

2