IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **STATE OF NEW MEXICO,** *ex rel.* ) | |
| **STATE ENGINEER,** *et al.,* ) | **69cv07896 BB** |
| ) | **Rio Pueblo de Taos** |
| Plaintiffs, ) | **Adjudication** |
| ) | |
| v. ) | **69cv7939 BB** |
| ) | **Rio Hondo Adjudication** |
| **EDUARDO ABEYTA,** *et al.,* ) | **(Consolidated)** |
| **and CELSO ARELLANO,** *et al.,* ) | |
| ) | **Rio Pueblo de Taos Section** |
| Defendants. ) | **Acequia Madre del Prado** |
| ) | **Subfile Nos. 11.27 & 12.3** |
| _____ ) | |

## ORDER GRANTING MOTION TO CORRECT SUBFILE ORDER

This matter came before the Court on the August 5, 2009 Motion to Correct Subfile Order ("State's Motion") (Doc. No. 5375), filed by the State of New Mexico *ex rel.* State Engineer ("State") with respect to water rights identified under Subfile Nos. 11.27 and 12.3, and Notice of Filing and Service of Motion (Doc. No. 5378). The Court, having considered the State's Motion, and no objection having been filed, and being otherwise fully advised in the premises, finds that the Motion is well taken and that it should be GRANTED:

IT IS THEREFORE ORDERED,

1. The Court's Order to Correct Sub-File Consent Order, Order No. 753.21 (May 15, 1975), is hereby set aside.

2. Paragraph 5 of Order No. 425.56 (September 13, 1973) is hereby corrected to the following:

| Location: | | Acreage: |
|---|---|---|
| **New Mexico State Assessment Survey** | **State Engineer Hydrographic Survey** | |
| Pt. of Tr. 2.6.11 | 11.27 | 21.2 acres |
| Pt. of Tr. 2.6.21 | 12.3 | <u>4.6 acres</u> |
| | Total | 25.8 acres |

**As shown on State Engineer Hydrographic Survey Map Sheet No. 11, Tract 27 and Map Sheet No. 12, Tract 3.**

2.   Except as provided in this Order, all other elements of the water rights remain as stated in Order No. 425.56 and subsequent orders of the Court.

                                                      BRUCE D. BLACK
                                                      UNITED STATES DISTRICT JUDGE

Recommended for approval:

VICKIE L. GABIN
SPECIAL MASTER