# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.,* and
CELSO ARELLANO, *et al.,*

        Defendants.

69cv07896 BB
RIO TAOS ADJUDICATION

69cv07939 BB
RIO HONDO ADJUDICATION

(CONSOLIDATED)

## ORDER

**THIS MATTER** comes before the Court *sua sponte.*

Counsel for the Settlement Parties shall jointly file a report by December 4, 2009, addressing the status of the settlement agreement and federal legislation. The status report shall include a discussion of activities the Settlement Parties anticipate they will perform in 2010 towards completing the settlement. To the extent possible, the Settlement Parties shall include a proposed schedule for those activities. In the event the parties cannot reach agreement on a joint status report, they may submit individual status reports.

**IT IS SO ORDERED.**

*Bruce D. Black*

**BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**