IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO *ex rel.*, State Engineer,<br>Plaintiff, | 69cv07896-BB<br>RIO TAOS ADJUDICATION |
| -v- | 69cv07939-BB<br>RIO HONDO ADJUDICATION<br>Consolidated |
| EDUARDO ABEYTA, *et al.* &<br>CELSO ARELLANO, *et al.*,<br>Defendants. | Rio Grande del Rancho Section<br>Subfile No. 1.10.168 |

ORDER ADDING LOCATION DESCRIPTION INFORMATION

THIS MATTER is before the Court *sua sponte*. In reviewing the Court record, staff determined that the original subfile order filed October 14, 1977 (Docket No. 1030), for subfiles 1.10.166B, 1.10.168, 1.10.168A and 1.10.170, omitted place of use information (POU) . On April 9, 2003 (No. 3149) the Court entered its *Order Adding Information to Location Descriptions for Irrigated Acreage* ("2009 Order"), which added the POU for subfiles 1.10.166B, 1.10.168A and 1.10.170.

The 2009 Order failed, however, to include the POU for subfile 1.10.168. The POU for subfile 1.10.168 should state that the acreage is within the Cristoval de La Serna Grant. POU is employed only for the purpose of locating irrigated acreage as shown on the hydrographic survey maps.[1]

IT IS THEREFORE ORDERED that the POU for subfile 1.10.168 is "within the Cristoval de La Serna Grant."

---

[1] See Memorandum and Order entered May 4, 2007 (No. 4931).

IT IS FURTHER ORDERED that the information contained herein is employed only for the purpose of locating irrigated acreage with respect to the grant boundaries shown on the hydrographic survey maps.

_____
BRUCE D. BLACK
CHIEF JUDGE

_____
SPECIAL MASTER VICKIE L. GABIN