IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel*., State Engineer,   69cv07896-BB
Plaintiff,   RIO TAOS ADJUDICATION

 -v-   69cv07939-BB
   RIO HONDO ADJUDICATION
   Consolidated

EDUARDO ABEYTA, *et al.* &
CELSO ARELLANO, *et al.*,   Rio Pueblo de Taos Section
 Defendants.   Subfile RG-40450-S & 40450-S-2

ORDER CORRECTING CLERICAL ERROR AND OMISSION

THIS MATTER is before the Court *sua sponte*. In reviewing the Court record, staff determined that the subfile order filed December 12, 2003 (Docket No. 4349) for subfile RG-40450-S & 40450-S-2 omitted grant information and incorrectly identified the New Mexico State Plane Coordinate System as "NAD 1983."

RG-40450-S is located within the Taos Pueblo Grant; RG-40450-S-2 is located within either the Antonio Martinez or Godoi Grant. The XY coordinates given for both wells are on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927. Counsel for El Prado Water and Sanitation District has seen and approves of these changes.

IT IS THEREFORE ORDERED that grant information for RG-40450-S should read "Taos Pueblo Grant." Grant information for RG-40450-S-2 should read "Antonio Martinez or Godoi Grant."

IT IS FURTHER ORDERED that the XY coordinates given for RG-40450-S and RG-40450-S-2 should be identified as being on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927.

_____
BRUCE D. BLACK
CHIEF JUDGE


_____
SPECIAL MASTER VICKIE GABIN