IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **STATE OF NEW MEXICO on the Relation of State Engineer** | ) ) ) | |
| Plaintiffs, | ) ) | 69cv07896-BB |
| -v- | ) ) ) | RIO TAOS ADJUDICATION |
| | ) | 69cv07939 BB |
| **EDUARDO ABEYTA, et al. & CELSO ARELLANO, et al.** | ) ) ) | RIO HONDO ADJUDICATION Consolidated |
| Defendants. | ) ) ) | RIO GRANDE del RANCHO Section |
| | ) ) ) | **Acequia de Tio Gerbacio Acequia Jaroso** |

## ORDER GRANTING MOTION TO CLARIFY PRIORITY DATE

This matter came before the Court on the State of New Mexico's Motion to Clarify Priority Date (Rio Grande del Rancho Section) (Doc. No. 5500, September 6, 2011), which requests an order regarding the priority date applicable to surface water diverted from the springs which were adjudicated as additional sources of water for the following acequias:

| **Acequia** | **Consent Order** |
|---|---|
| Acequia de Tio Gerbacio | Doc. 4860, 11/15/2006 |
| Acequia Jaroso | Doc. 4912, 3/02/2007 |

The State asserts that to prevent confusion, an order should be entered clarifying that the priority date adjudicated for water rights associated served by these acequias also applies to surface water diverted from springs adjudicated as additional sources of water for those acequias.

Being fully informed in the premises, the Court finds the Motion is well-taken and should be granted.

IT IS ORDERED, THEREFORE, that the priority date adjudicated for water rights which divert from the Acequia de Tio Gerbacio and the Acequia Jaroso also applies to surface water diverted from springs adjudicated as additional sources of water for these acequias.

                                              BRUCE D. BLACK
                                              UNITED STATES DISTRICT JUDGE

Approved:

VICKIE L. GABIN
SPECIAL MASTER