IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.*, and
CELSO ARELLANO, *et al.*,

        Defendants.

69cv07896 BB
<u>RIO TAOS ADJUDICATION</u>

69cv07939 BB
<u>RIO HONDO ADJUDICATION</u>

(CONSOLIDATED)

## ORDER

**THIS MATTER** comes before the Court on the Notice of Stipulated Extension of Time to Respond to Motion Filed by Town of Taos. (Doc. No. 5516, filed November 30, 2011). The State of New Mexico, Defendant Spring Ditch Acequia Association and Defendant Town of Taos stipulated to extend the time within which the State and Spring Ditch Acequia Association may file a response to the Town of Taos' motion (Doc. No. 5475, filed April 15, 2011). This latest extension of time to respond is the seventh extension and sets the time to respond to January 15, 2012, which is over eight months after the initial time to respond. (*See* Doc. Nos. 5478, filed May 2, 2011; 5482, filed May 24, 2011; 5488, filed July 1, 2011; 5498, filed August 19, 2011; 5503, filed September 15, 2011; 5509, filed October 20, 2011; and 5516, filed November 30, 2011). The Court will not allow any additional extensions of time to respond. All responses to the Town of Taos' motion (Doc. No. 5475, filed April 15, 2011) shall be filed by January 15, 2012.

    IT IS SO ORDERED.

                                            **BRUCE D. BLACK**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**