# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

    Plaintiffs,

v.

EDUARDO ABEYTA, *et al.,* and
CELSO ARELLANO, *et al.,*

    Defendants.

69cv07896 BB
RIO TAOS ADJUDICATION

69cv07939 BB
RIO HONDO ADJUDICATION

(CONSOLIDATED)

## ORDER FOR STATUS REPORT

  **THIS MATTER** comes before the Court on the Joint Status Report of the Settlement Parties in which the Settlement Parties propose to submit a status report no later than March 2, 2012.  (Doc. No. 5517, filed November 30, 2011).  The Settlement Parties shall file a status report by March 2, 2012.

  **IT IS SO ORDERED.**

             **BRUCE D. BLACK**
             **CHIEF UNITED STATES DISTRICT JUDGE**