IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*, State Engineer,　　　　　69cv07896-BB
　　Plaintiff,　　　　　　　　　　　　　　　　　　　　RIO TAOS ADJUDICATION

　　　-v-　　　　　　　　　　　　　　　　　　　　　　　　　　69cv07939-BB
　　　　　　　　　　　　　　　　　　　　　　　RIO HONDO ADJUDICATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Consolidated
EDUARDO ABEYTA, *et al.* &
CELSO ARELLANO, *et al.*,　　　　　　　　　Rio Pueblo de Taos Section
　　Defendants.


ORDER  ADDING AND CLARIFYING SOURCE AND POINT OF DIVERSION
INFORMATION FOR DITCHES, WELLS AND SPRINGS

　　THIS MATTER is before the Court *sua sponte*.  In reviewing the Court record, staff determined that the source and point of diversion ("POD") information contained in individual subfile orders, in the Rio Pueblo de Taos Section of the Rio Pueblo de Taos Hydrographic Survey, should be clarified, corrected and supplemented.  Accordingly, the purpose of this Order is to clarify, correct and/or supplement POD information set forth in earlier orders where necessary.  Any such changes made in this Order shall supersede those earlier orders.

　　Individual subfile orders erroneously stated incomplete POD descriptions. Most of the original orders omitted X and Y coordinate information, many omitted grant information, and some contained incomplete source descriptions.  The information stated in Exhibits A and B are clerical corrections; that is, the additional and corrected  information, while more fully describing the sources and points of diversion, does not affect the nature or extent of that right. See, Order on Procedures for Correcting and Amending Subfile Orders, filed June 7, 1995 (Docket No. 2337).

Exhibit A clarifies and summarizes all POD and source information for each of the ditches in the Rio Pueblo de Taos Section. This summary includes any springs specifically adjudicated as sources for each of the ditches. Exhibit B clarifies the location of wells or springs that are either supplemental to irrigation, or the only source for, specific subfiles. The springs on Exhibit B may also be identified as additional sources to a ditch on Exhibit A. Information being added by this Order has been verified by the Hydrographic Survey Mapping Bureau of the Office of the State Engineer. Counsel for the State and the Acequias agree to the content stated herein. The information in Exhibits A and B applies to individual subfiles and supercedes all POD descriptions previously stated in individual subfile orders.

IT IS THEREFORE ORDERED that source and point of diversion information, as stated in Exhibit A: Ditch POD Information and Exhibit B: Well and Spring Information, is adopted and applied to individual subfile orders.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Recommended for Approval:

SPECIAL MASTER VICKIE GABIN

# Exhibit A: Ditch POD and Source Information

**Abran Lucero Ditch**

OSE No. None          X: 717628  Y: 1958480   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Acequia de la Otra Banda**

OSE No. None
Gijosa Grant

Source of Water:   (1) Unnamed Watercourse, a tributary to the Rio Pueblo de Taos. Multiple springs located within and around the General Springs Area are tributary to the Unnamed Watercourse upstream of the Acequia's point of diversion.
(2) Multiple springs located downstream of the Acequia's point of diversion from the Unnamed Watercourse and within the General Springs Areas.
Point of Diversion: (1) Acequia de la Otra Banda       X=685080   Y=1960402 Central Zone, NAD 1927
(2) The Acequia de la Otra Banda diverts water from multiple springs along the segment of the Acequia located with the General Spring Area downstream of the Acequia's point of diversion from the Unnamed Watercourse.

**Acequia de la Plaza (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Acequia de los Alamitos**

OSE No. 0948          X: 677600  Y: 1960730   NM State Plane Coordinate System, Central Zone, NAD 1927
Gijosa Grant

Source of Water:   Rio Pueblo de Taos

**Acequia de los Archuletas**

OSE No. None          X: 700320  Y: 1972820   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos

**Acequia de los Lovatos**

OSE No. 0935
Fernando de Taos Grant

Source of Water:   Rio Pueblo de Taos, the Ojitos de la Posta spring area, and surplus water from the Sanchez ditch and Spring ditch.
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
Acequia de los Lovatos       X=695780         Y=1971140
Ojitos de la Posta (L-5)        X=695090         Y=1966172
Comments:       The Acequia de los Lovatos has the right to receive surplus water from the Sanchez ditch for the benefit of its parcientes (No. 4767). The Sanchez Acequia has no obligation to deliver water to the Acequia de los Lovatos unless there is, in fact, surplus water available in the Sanchez Ditch (No. 4767).

The Acequia de los Lovatos has the right to receive surplus water that drains naturally into the Lovatos

ditch from the Spring ditch, including surplus water originating from the Spring Ditch Spring, the Las Crucitas Arroyo and the Ojitos de Hatchery (No. 5410).

**Acequia de los Molinos**

OSE No. None          X:  693050  Y: 1968970    NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Source of Water:   Rio Pueblo de Taos

**Acequia de San Francisco de Pauda**
Ditch AKA:   San Francisco de Assisi
OSE No. None
Gijosa Grant

Source of Water:   Rio Pueblo de Taos, the San Francisco de Pauda Spring No. 1, and the San Francisco de Pauda Spring No. 2.
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    Acequia San Francisco de Pauda          X=691480           Y=1966750
    San Francisco de Pauda Spring No. 1     X=691470.785       Y=1966682.779
    San Francisco de Pauda Spring No. 2     X=691417.125       Y=1966604.901

**Acequia del Medio del Prado**
Ditch AKA:   Acequia Madre del Medio del Prado
OSE No. 01930
Taos Pueblo Grant

Source of Water:   Rio Lucero which is a tributary of the Rio Pueblo de Taos, and two Unnamed Watercourses
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    Acequia del Medio del Prado       X=701180       Y=1977160
    Unnamed Watercourse 1             X=701436       Y=1977185
    Unnamed Watercourse 2             X=700172       Y=1978171 and
                                      X=700100       Y=1977602

**Acequia del Norte del Canon**

OSE No. None          X:  705270  Y: 1957740    NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Acequia Jose Venito Martinez**

OSE No. 0130
Fernando de Taos Grant

Source of Water:   Rio Fernando de Taos which is a tributary of the Rio Pueblo de Taos, and multiple springs
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    Acequia Jose Venito Martinez      X=693460       Y=1969830
    Springs*                          X=692507.80    Y=1963489.68
                                      X=691825.70    Y=1962844.49
                                      X=692262.26    Y=1963115.36
                                      X=691501.39    Y=1963114.54

    *Subfiles 17.43A, 17.44, 17.45, 17.46, 17.47, 17.48, 17.49, 18.12, 18.13 and 18.14 are the only subfiles that receive water from the Jose Venito Martinez Springs (No. 4291).

**Acequia La Loma Abajo**

OSE No. None        X: 701640  Y: 1973500   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos

**Acequia Madre de la Loma del Ranchito de Abajo**
Ditch AKA:   Acequia Madre de la Loma
OSE No. 01876
Taos Pueblo Grant

Source of Water:   Rio Lucero which is a tributary of the Rio Pueblo de Taos, twelve springs, and an unnamed watercourse
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    Acequia Madre de la Loma del Ranchito de Abajo    X=695580   Y=1972370
    Spring 1 (via the Ojitos lateral)                  X=691041   Y=1968321
    Spring 1A (via the Ojitos lateral)                 X=690937   Y=1968518
    Spring 2 (via the Acequia de Medio lateral)        X=690538   Y=1968647
    Spring 3 (via the Hortalizas lateral)              X=690313   Y=1967948
    Spring 4 (via an unnamed lateral)                  X=687067   Y=1967781
    Spring 5 (via an unnamed lateral)                  X=686900   Y=1967652
    Spring 6 (via an unnamed lateral)                  X=686761   Y=1967599
    Spring 7 (via the Acequia del Medio lateral)       X=692598   Y=1971257
    Spring 8 (directly)                                X=692401   Y=1991578
    Spring 9 (directly)                                X=692698   Y=1971645
    Spring 10 (directly)                               X=693211   Y=1971732
    Spring 11 (directly)                               X=693838   Y=1971941
    Unnamed watercourse                                X=687663   Y=1965471
    This unnamed water course drains Spring Area 1 and Spring Area 2 (No. 4775).

**Acequia Madre del Prado**

OSE No. 01881
Taos Pueblo Grant

Source of Water:   Rio Lucero, a tributary of the Rio Pueblo de Taos and Tomas Spring (via an "Unnamed Watercourse")
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    Acequia Madre del Prado              X=702800      Y=1991750
    Tomas Spring                         X=694826      Y=1982443
    The Tomas Spring drains into an Unnamed Watercourse maintained by the Acequia, and a lateral maintained by the Acequia Association diverts from the Unnamed Watercourse at X=695034 Y=1980975.

**Acequia Madre del Pueblo**

OSE No. None        X: 704640  Y: 1976920   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos

**Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)**
Ditch AKA:     Acequia Madre del Rio Lucero y del Arroyo Seco

OSE No. 01743, 01749
Antonio Martinez or Godoi and Antoine LeRoux Grants

Source of Water:   Rio Lucero and Arroyo Seco which are both tributaries of the Rio Pueblo de Taos, the El Salto de Agua a tributary of the Arroyo Seco and the following Arroyo Seco Springs:

Point of Diversion: 1.   Acequia Madre del Rio Lucero del Arroyo Seco: The Acequia Madre del Rio Lucero del Arroyo Seco diverts water from the Rio Lucero, the Arroyo Seco, and the El Salto de Agua, as follows:
   a. Rio Lucero, at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=711305 and Y=2004820.
   b. Arroyo Seco -- approximately 1.1 miles below the point of diversion from the Rio Lucero, the Acequia Madre del Rio Lucero del Arroyo Seco crosses and diverts water from the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=706,900 and Y=2,009,970.
   c. El Salto de Agua -- at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=706,327.19 and Y=2,011 215.99.

2.   Temporales: the Temporales Ditch diverts water from the Arroyo Seco and the El Salto de Agua, as follows:
   a. Arroyo Seco -- out of the north bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=710,050 and Y=2,008,700.
   b. El Sato de Agua -- at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=706,327.19 and Y=2,011,215.99.

3.   Elizardo Pacheco:   The Elizardo Pacheco Ditch diverts out of the North bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=703,140 and Y=2,008,700.

4.   Juan C. Marquez: The Juan C. Marquez Ditch diverts out of the North bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=705,210 and Y=2,008,890.

5.   Eraclio Martinez: The Eraclio Martinez Ditch diverts out of the north bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=704,800 and Y=2,008,885.

6.   Acequia de la Plaza: The Acequia de la Plaza diverts out of the north bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=704,600 and Y=2,008,950.

7.   Toribio Martinez: The Toribio Martinez ditch diverts out of the north bank of the Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=702,780 and Y=2,008,660.

8.   El Rito: The El Rito Ditch diverts out of the north bank of the Arroyo Seco located at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=706,340 and Y=2,008,970.

9.   Torreon: Approximately 0.7 miles below where the Acequia Madre Ditch crosses the Arroyo Seco, the Torreon Ditch takes out water from the Acequia Madre del Rio Lucero del Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=704,830 and Y=2,011,050.

    10.   Alamitos: At approximately 1.2 miles below where the Acequia Madre Ditch crosses the Arroyo Seco, the Alamitos Ditch takes water from the Acequia Madre del Rio Lucero del Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927, as X=702,250 and Y=2,011,500.

    11.   Espinaso: At approximately 1.7 miles below where the Acequia Madre Ditch Crosses the Arroyo Seco, the Espinaso Ditch takes out water from the Acequia Madre del Rio Lucero del Arroyo Seco at a point described on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X= 700,020 and Y= 2,012,500.

Arroyo Seco Springs information:

A. The AS1 Spring, located at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 706,815.00 and Y: 2,009,145.00, situated east of a dirt road on Map 1, tract 15C.  The waters from the AS1 Spring flow in a westerly direction and flow into the El Rito ditch at the POD AS1, at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 706,540 and Y: 2,009,060.

B. The AS2 Spring, located at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 706,175.00 and Y: 2,010,108.00, situated on Map 1, tract 16. The waters from the AS2 Spring flow westerly as shown on Map 1, tract 16 through a man-made ditch, and then are captured by natural drainage in a lateral of the Acequia Madre del Rio Lucero del Arroyo Seco at the POD AS2, at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 705,544.00 and Y: 2,010,480.00.

C. The AS3 Spring, located at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 705,493.00 and Y: 2,009,322.00, situated in Map 1, tract 70.  The water from the AS3 Spring drains into El Rito ditch at the POD AS3, at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 705,418.00 and Y: 2,009,291.00.

D. The AS4-1 of 2 Spring, located at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 703,925.00 and Y: 2,008,949.00, arises within a two-spring area flowing into a pond which spills from the outlet into the Acequia de la Plaza at POD AS4, a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 703,882.00 and Y: 2,008,932.00.

E. The AS4-2 of 2 Spring, located at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 703,954.00 and Y: 2,008,820.00, is the second spring that arises within the two spring area flowing into a pond which spills from the outlet into the Acequia de la Plaza at the POD AS4, at a point described in the New Mexico State Plane Coordinate System, Central Zone, NAD 1927 as X: 703,882.00 and Y: 2,008,932.00.

Comments:    The Acequia Madre del Rio Lucero del Arroyo Seco Ditch System ("Acequia Madre Ditch System") consists of eleven ditches or laterals (all listed above). The Acequia Association allocates water throughout the Acequia Madre Ditch System so that all tracts served by the Acequia System may benefit from the System's multiple sources of water (No. 4603).

The points of diversion or "take-outs" for the ditches or laterals are as described above.

**Acequia Madre del Sur del Canon**

OSE No. 01957          X: 706260   Y: 1956750    NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos


**Alamitos Ditch**

OSE No. None          X: 688460   Y: 1963030    NM State Plane Coordinate System, Central Zone, NAD 1927
Gijosa Grant

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos


**Alamitos Ditch (AMdRLdAS Ditch System)**

OSE No. 01743, 01749

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)


**Anderson Ditch**

OSE No. None          X: 684450   Y: 1962950    NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Source of Water:   Rio Pueblo de Taos


**Andres Hernandez Ditch**

OSE No. None          X: 757470   Y: 1948455    NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos


**Arroyo del Alamo Ditch**

OSE No. 0908, 826, 2343
Cristoval de la Serna Grant

Source of Water:   Arroyo del Alamo, a tributary of the Rio Pueblo de Taos
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
    1) South bank            X=672500    Y=1935200
    2) North bank            X=671700    Y=1935600
    3) North bank            X=675175    Y=1933275


**Blas Chavez Ditch**

OSE No. None          X: 680010   Y: 1961340    NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Source of Water:   Rio Pueblo de Taos


**Cecil Howell Ditch No. 1**

OSE No. None          X: 761860   Y: 1943980    NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Cecil Howell Ditch No. 2**

OSE No. None         X: 760095  Y: 1944005   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Cecil Howell Ditch No. 3**

OSE No. None         X: 760375  Y: 1946865   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Cecil Howell Ditch No. 4**

OSE No. None         X: 759320  Y: 1950765   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Cortez and Sisneros Ditch**

OSE No. None
Taos Pueblo Grant

Source of Water:   Rio Lucero which is a tributary of the Rio Pueblo de Taos, and Sisneros Springs
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
   Cortez and Sisneros Ditch     X=697360   Y=1973290
   Sisneros Spring 1             X=696405   Y=1972417
   Sisneros Spring 2             X=696325   Y=1972345
   The water from the Sisneros Spring 1 and 2 drains into the Sisneros Ditch, a lateral of the Cortez and Sisneros Ditch, at X=696344 and Y=1972294.

**Dan Archuleta Ditch**

OSE No. None         X: 699950  Y: 1975860   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Lucero, a tributary of the Rio Pueblo de Taos

**Drake Ditch**

OSE No. None         X: 680950  Y: 1961800   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Source of Water:   Rio Pueblo de Taos

**El Rito Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Elizardo Pacheco Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Eraclio Martinez Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Espinaso Ditch (AMdRLdAS Ditch System)**

OSE No. 01743, 01749

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Fidel A. Garcia Ditch No. 1**

OSE No. None         X: 758190   Y: 1948130   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Fidel A. Garcia Ditch No. 2**

OSE No. None         X: 758690   Y: 1948310   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Gonzales Ditch**

OSE No. None         X: 759485   Y: 1950070   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Graham Ditch No. 1**

OSE No. None         X: 688015   Y: 1963185   NM State Plane Coordinate System, Central Zone, NAD 1927
Gijosa Grant

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Graham Ditch No. 2**

OSE No. None         X: 687135   Y: 1963455   NM State Plane Coordinate System, Central Zone, NAD 1927
Gijosa Grant

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Harvey Moore Ditch**

OSE No. None         X: 758595   Y: 1957840   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Baca Canyon which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Herbert Quintana Ditch No. 1**

OSE No. None         X: 758095   Y: 1945120   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Herbert Quintana Ditch No. 2**

OSE No. None         X: 758390  Y: 1945300   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Herbert Quintana Ditch No. 3**

OSE No. None         X: 758500  Y: 1945765   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek which is a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Juan C. Marquez Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Juan Manuel Lucero & Lower Manuel Andres Trujillo Ditch**

OSE No. 0931, 0932, 0933

Source of Water:   For POD and source information see individual entries for Juan Manuel Lucero Community Ditch and Lower Manuel Andres Trujillo Ditch

Comments:   Water from the Juan Manuel Lucero Community Ditch enters the Arroyo Seco at Tract 1, Map 8, where it is combined with water from the Lower Manuel Andres Trujillo Ditch which enters the Arroyo Seco at Tract 1, Map 8.

**Juan Manuel Lucero Community Ditch**

OSE No. 0931, 0933    X: 702565  Y: 1994420   NM State Plane Coordinate System, Central Zone, NAD 1927
Tenorio Tract Taos Pueblo Grant

Source of Water:   Rio Lucero, a tributary of the Rio Pueblo de Taos

**Lower Arroyo Seco Ditch**

OSE No. None         X: 693820  Y: 2002170   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Source of Water:   Arroyo Seco, a tributary of the Rio Pueblo de Taos

**Lower Manuel Andres Trujillo Ditch**

OSE No. 0932, 0933    X: 692310  Y: 1999550   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Source of Water:   Arroyo Seco and Rio Lucero which are tributaries of the Rio Pueblo de Taos, and Rio Hondo

**Lower Spring Ditch**

OSE No. None         X: 769530  Y: 1951220   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed arroyo, a tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Maestas Ditch**

OSE No. None          X: 757465   Y: 1958575   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Baca Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Manuel Quintana Ditch No. 1**

OSE No. None          X: 760185   Y: 1938400   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Manuel Quintana Ditch No. 2**

OSE No. None          X: 759715   Y: 1941395   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Manuel Quintana Ditch No. 3**

OSE No. None          X: 760040   Y: 1941595   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Manuel Quintana Ditch No. 4**

OSE No. None          X: 760785   Y: 1941985   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**McCarthy Ditch**

OSE No. None          X: 687950   Y: 1960815   NM State Plane Coordinate System, Central Zone, NAD 1927
Gijosa Grant

Source of Water:   Springs, a tributary of the Rio Pueblo de Taos

**McClure Ditch**

OSE No. None          X: 703935   Y: 1976270   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos

**Mitchell Ditch No. 1**

OSE No. None          X: 758475   Y: 1953985   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Mitchell Ditch No. 2**

OSE No. None          X: 758370   Y: 1954670   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Molino Ditch**

OSE No. None          X: 699140  Y: 1972900   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos

**Monte del Sol Ditch**

OSE No. None          X: 756485  Y: 1958915   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Baca Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Pacheco Community Ditch**

OSE No. None
Gijosa Grant

Source of Water:   Rio Pueblo de Taos and Ojitos de los Mares
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
           Pacheco Community Ditch    X=692550    Y=1968450   within the Gijosa Grant
           Ojitos de los Mares         X=694409    Y=1968216   within the Taos Pueblo Grant

           Water from the spring rises southeast of Rio Pueblo Taos in the community of Ranchitos within Tract 31, Map 15 of the Rio Pueblo de Taos Hydrographic Survey. The waters from the spring are captured by an impoundment that drains through a culvert under Carabajal Road into an unnamed ditch. The waters flow in a southwesterly direction to the Pacheco Community Ditch through a continuation of an unnamed ditch. Where the unnamed ditch reaches the Pacheco Community ditch the waters are captured by an impoundment which spills into the Pacheco Community Ditch, at X=692258 Y=1967124.
Comments:   The Pacheco Acequia receives surplus water that naturally drains into the Pacheco ditch from the Lovatos ditch, including surplus water originating from springs and the Las Crucitas Arroyo. (No. 5410).

**Pacheco Ditch**

OSE No. None          X: 754925  Y: 1961610   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Baca Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Randall Reservoir Ditch**

OSE No. 215

Source of Water:   Surplus surface waters of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos.
Points of Diversion: Randall Reservoir Ditch a lateral of the Acequia Madre del Sur del Canon. Diversion out of the Rio Fernando de Taos for the Randall Reservoir Ditch is by means of the Acequia Madre del Sur del Canon at the following points on the New Mexico State Plane Coordinate System, Central Zone, NAD 1927:
           Acequia Madre del Sur del Canon    X=706260   Y=1956750
           Randall Reservoir Ditch             X=704845   Y=1957958

**Sanchez Ditch**

OSE No. None
Taos Pueblo Grant

Source of Water:   Rio Pueblo de Taos and a Spring (via the Malaria Ditch)
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
          Sanchez Ditch      X=697550   Y=1972450
          Spring                X=700364   Y=1972466

**Sedillo Ditch No. 1**

OSE No. None       X: 751185  Y: 1956050   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Sedillo Ditch No. 2**

OSE No. None       X: 749685  Y: 1955930   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Mascarenas Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Sedillo Ditch No. 3**

OSE No. None       X: 749525  Y: 1956210   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Mascarenas Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Sedillo Ditch No. 4**

OSE No. None       X: 749400  Y: 1956555   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Mascarenas Canyon, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Sedillo Ditch No. 5**

OSE No. None       X: 748290  Y: 1957080   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**South Loma Lateral Ditch**

OSE No. 01876      X: 694240  Y: 1970760   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Source of Water:   Rio Lucero, a tributary of the Rio Pueblo de Taos

**Spring Ditch**

OSE No. None
Taos Pueblo Grant

Source of Water:   Spring Ditch Spring, Las Crucitas Arroyo, and the Ojitos de Hatchery (L-1 through L-4)
Point of Diversion: Coordinates located on the NM State Plane Coordinate System, Central Zone, NAD 1927:
          Spring Ditch Spring:      X=698712     Y=1967515
          Las Crucitas Arroyo:      X=698532     Y=1967478
          Spring L-1:               X=697263     Y=1967220
          Spring L-2:               X=697174     Y=1967162
          Spring L-3:               X=696070     Y=1967166
          Spring L-4:               X=696007     Y=1967146

**Temporales Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Thomas Tarleton Private Ditch**

OSE No. None          X: 691340  Y: 1997390   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Source of Water:   Arroyo Seco, a tributary of the Rio Pueblo de Taos

**Toribio Martinez Ditch (AMdRLdAS Ditch System)**

OSE No. None

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Torreon Ditch (AMdRLdAS Ditch System)**

OSE No. 01743, 01749

Source of Water:   For Source and POD information see Acequia Madre del Rio Lucero del Arroyo Seco (AMdRLdAS)

**Trujillo Ditch**

OSE No. None          X: 759665  Y: 1952905   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Unnamed Ditch**

OSE No. None          X: 719768  Y: 1958124   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Upper Manuel Andres Trujillo Ditch**

OSE No. 0932, 0933    X: 692310  Y: 1999550   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Source of Water:   Arroyo Seco and Rio Lucero which are tributaries of the Rio Pueblo de Taos, and Rio Hondo

**Upper Spring Ditch**

OSE No. None          X: 769795  Y: 1951210   NM State Plane Coordinate System, Central Zone, NAD 1927

Source of Water:   Unnamed arroyo, a tributary of Tienditas Creek, a tributary of the Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

**Vigil and Romo Ditch**

OSE No. None          X: 696490  Y: 1965580   NM State Plane Coordinate System, Central Zone, NAD 1927
Fernando de Taos Grant

Source of Water:   Rio Fernando de Taos, a tributary of the Rio Pueblo de Taos

## Exhibit B:   Well and Spring POD Information

Type:  Spring                                                                       Map:  1
OSE No. None              X: 708152     Y: 2009259   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Type:  Well                                                                         Map:  20
OSE No. RG-12420          X: 699260     Y: 1959280   NM State Plane Coordinate System, Central Zone, NAD 1927
Fernando de Taos and Cristoval de la Serna Grants

Type:  Well                                                                         Map:  7
OSE No. RG-1828           X: 691880     Y: 1990030   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Type:  Well                                                                         Map:  7
OSE No. RG-1828-S         X: 691810     Y: 1989650   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Type:  Well                                                                         Map:  7
OSE No. RG-1828-X         X: 692840     Y: 1990080   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Type:  Well                                                                         Map:  27
OSE No. RG-18880          X: 756323     Y: 1953631   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                                                         Map:  27
OSE No. RG-18880-S        X: 754757     Y: 1952775   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                                                         Map:  27
OSE No. RG-18880-S-2      X: 755156     Y: 1952501   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                                                         Map:  27                    :
OSE No. RG-18880-S-3      X: 755551     Y: 1951684   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                                                         Map:  27
OSE No. RG-18880-S-5      X: 757044     Y: 1951891   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                                                         Map:  20
OSE No. RG-20334          X: 703675     Y: 1958935   NM State Plane Coordinate System, Central Zone, NAD 1927
Fernando de Taos Grant

Type:  Well                                                                         Map:  14
OSE No. RG-2183           X: 701730     Y: 1970100   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                                                         Map:  14
OSE No. RG-2184           X: 701780     Y: 1970250   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  8
OSE No. RG-29644        X: 688381    Y: 1986333   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Type:  Well                                       Map:  11
OSE No. RG-40450-S      X: 697629.3  Y: 1981788   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  7
OSE No. RG-40450-S-2    X: 688994.9  Y: 1986603.9 NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi Grant

Type:  Well                                       Map:  7
OSE No. RG-60704        X: 690160    Y: 1989545   NM State Plane Coordinate System, Central Zone, NAD 1927
Antonio Martinez or Godoi and Antoine LeRoux Grants

Type:  Well                                       Map:  24 (insert)
OSE No. RG-64494        X: 741185    Y: 1954834   NM State Plane Coordinate System, Central Zone, NAD 1927

Type:  Well                                       Map:  14
OSE No. RG-7339         X: 699261    Y: 1969193   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  14
OSE No. RG-7339-X       X: 699279    Y: 1969226   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  14
OSE No. RG-7339-X-2     X: 700241    Y: 1970195   NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  17
OSE No. RG-7339-X-2-S   X: 697426    Y: 1965281   NM State Plane Coordinate System, Central Zone, NAD 1927
Fernando de Taos Grant

Type:  Well                                       Map:  14
OSE No. RG-91404 POD1   X: 697528 Y: 1967792      NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  14
OSE No. RG-91404 POD2   X: 697557Y: 1967775       NM State Plane Coordinate System, Central Zone, NAD 1927
Taos Pueblo Grant

Type:  Well                                       Map:  23A
OSE No. RG-91661        X: 724370    Y: 1955480   NM State Plane Coordinate System, Central Zone, NAD 1927