IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.,*

       Plaintiffs,                            69cv07896 BB
                                              RIO TAOS ADJUDICATION

v.

                                              69cv07939 BB
EDUARDO ABEYTA, *et al.,* and        RIO HONDO ADJUDICATION
CELSO ARELLANO, *et al.,*

                                              (CONSOLIDATED)

       Defendants.

## NOTICE OF JOINT WORKING SESSION

      Please be advised that pursuant to Rule 1-071.3 NMRA, Judge James J. Wechsler, Presiding Judge, San Juan, Pecos, Rio San Jose, and Santa Fe River Adjudications, has set a Joint Working Session for 10:00 a.m., Friday, June 22, 2012, at the Court of Appeals in Santa Fe, New Mexico. See the attached notice for additional details. Chief United States District Judge Bruce D. Black and Special Master Vickie L. Gabin will attend. Because no court will rule on any procedural or substantive issues, the attendance of attorneys of record and parties is discretionary.

                                                      **BRUCE D. BLACK**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**