IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.*, and
CELSO ARELLANO, *et al.*,

        Defendants.

69cv7896 MV/WPL
Rio Taos Adjudication

69cv7939 MV/WPL
Rio Hondo Adjudication

Consolidated

## ORDER GRANTING FLOYD W. LOPEZ' AMENDED MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on Floyd W. Lopez' Amended Motion to Withdraw, Doc. 5994, filed September 16, 2016.

Mr. Lopez seeks to withdraw as attorney for Defendant Town of Taos in this case on the grounds that the Town of Taos terminated his employment as Town Attorney. Mr. Lopez' Motion states that the Town of Taos consents to his withdrawal, provides the Town of Taos' address and phone number, includes a notice that the Town of Taos can appear only with an attorney, and gives notice that objections to the Amended Motion to Withdraw must be filed within 14 days of service of the Amended Motion to Withdraw and that failure to timely object constitutes consent to grant the Amended Motion to Withdraw. *See* D.N.M.LR-Civ. 83.8. No responses opposing the Motion have been filed. The Court will **GRANT** the Amended Motion to Withdraw, Doc. 5994, filed September 16, 2016.

      **IT IS SO ORDERED.**

_____
**WILLIAM P. LYNCH**
**UNITED STATES MAGISTRATE JUDGE**