# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.*, and
CELSO ARELLANO, *et al.*,

        Defendants.

69cv7896 MV/WPL
Rio Taos Adjudication

69cv7939 MV/WPL
Rio Hondo Adjudication

Consolidated

## ORDER GRANTING PETER THOMAS WHITE'S MOTION TO WITHDRAW AND NOTICE TO DEFENDANTS

**THIS MATTER** comes before the Court on Peter Thomas White's Motion for Leave to Withdraw Limited Entry of Appearance, Doc. 6004, filed March 28, 2017, and on his Motion for Leave to Withdraw Limited Entry of Appearance, Doc. 6005, filed March 28, 2017.

**Motions to Withdraw**

Mr. White seeks to withdraw as attorney for Defendants Acequia Madre del Llano Community Ditch Association and Acequia de la Plaza Community Ditch Association on the grounds that he has completed the purpose of his limited appearance for these Defendants. Both Defendants consent to Mr. White's withdrawal. No responses opposing the Motion have been filed.

Although the docket entry for the first Motion, Doc. 6004, references only Defendant Acequia de la Plaza Community Ditch Association and the docket entry for the second Motion, Doc. 6005, references only Defendant Acequia Madre del Llano Community Ditch Association, both Motions are identical and seek leave to withdraw from both Defendants. The Court will grant the first Motion and deny the second Motion as moot.

**Notice to Defendants**

Defendants Acequia Madre del Llano Community Ditch Association and Acequia de la Plaza Community Ditch Association may only appear in this case with an attorney. *See* D.N.M.LR-Civ. 83.7 (entity other than a natural person can only appear with an attorney). Absent entry of appearance by a new attorney, any filings made by Defendants Acequia Madre del Llano Community Ditch Association and Acequia de la Plaza Community Ditch Association may be stricken and default judgment or other sanctions imposed. *See* D.N.M.LR-Civ. 83.8(c).

**IT IS ORDERED** that:

(i) Peter Thomas White's Motion for Leave to Withdraw Limited Entry of Appearance, Doc. 6004, filed March 28, 2017, is **GRANTED;**

(ii) Peter Thomas White's Motion for Leave to Withdraw Limited Entry of Appearance, Doc. 6005, filed March 28, 2017, is **DENIED as moot;** and

(iii) Mr. White shall serve Defendants Acequia Madre del Llano Community Ditch Association and Acequia de la Plaza Community Ditch Association with a copy of this Order and Notice.

_____
**WILLIAM P. LYNCH**
**UNITED STATES MAGISTRATE JUDGE**