# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.*, and
CELSO ARELLANO, *et al.*,

        Defendants.

69cv7896 MV/JHR
Rio Taos Adjudication

69cv7939 MV/JHR
Rio Hondo Adjudication

Consolidated

## ORDER STAYING PROCEEDINGS

Chief United States District Judge William P. Johnson entered a Temporary Administrative Order Relating to Civil Cases Involving the United States on December 27, 2018. The Administrative Order is attached. As a result of the Administrative Order, all proceedings in this case are temporarily stayed. The Court will notify the Parties when the temporary stay is lifted.

**IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**