# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

EDUARDO ABEYTA, *et al.*, and
CELSO ARELLANO, *et al.*,

        Defendants.

69cv7896 MV/WPL
Rio Taos Adjudication

69cv7939 MV/WPL
Rio Hondo Adjudication

Consolidated

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Rebecca Dempsey's Unopposed Motion for Leave to Withdraw Entry of Appearance for the Taos Valley Acequia Association and its Member Acequias, Doc. 6015, filed April 8, 2019. Ms. Dempsey seeks to withdraw as attorney for the Taos Valley Acequia Association ("TVAA") and its associated acequia members and states that TVAA and the associated member acequias have consented to her withdrawal. Mr. Seth R. Fullerton and Mr. Kyle Harwood have filed their Entry of Appearance and Substitution of Counsel on behalf of the TVAA and each of the associated acequia members. *See* Doc. 6014, filed April 8, 2019. No responses opposing the Motion have been filed. The Court will grant the motion. *See* D.N.M.LR-Civ. 83.8(a) (a motion to withdraw must indicate consent of the client and notice of appointment of substitute attorney).

**IT IS ORDERED** that Rebecca Dempsey's Unopposed Motion for Leave to Withdraw Entry of Appearance for the Taos Valley Acequia Association and its Member Acequias, Doc. 6015, filed April 8, 2019, is **GRANTED.**

                                                    **JERRY H. RITTER**
                                                    **UNITED STATES MAGISTRATE JUDGE**